HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID LAHOTI, an individual,

        Plaintiff/Counterclaim
        Defendant,

    v.

VERICHECK, INC., a Georgia corporation,

        Defendant/Counterclaim
        Plaintiff.

Case No.:  C06-1132JLR

ANSWER AND COUNTERCLAIMS

    Defendant and Counterclaim Plaintiff Vericheck, Inc., as and for its Answer to Plaintiff David Lahoti's Complaint and for its Counterclaims states as follows:

**ANSWER**

**I.  NATURE OF THE CASE**

    1.    Vericheck admits that Lahoti purports to allege a claim for declaratory relief pursuant to 28 U.S.C. § 2201 that his registration and use of the domain name *vericheck.com* (the "Domain Name") does not violate Vericheck's trademark rights under the Lanham Act. Other than as explicitly stated, Vericheck denies the remaining allegations of paragraph 1 of the Complaint.

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

2.      Paragraph 2 of the Complaint does not contain any allegations that require a response. To the extent, if any, that paragraph 2 includes any allegations requiring a response, Vericheck denies all allegations contained therein.

## II.   JURISDICTION AND VENUE

3.      Vericheck admits that Plaintiff purports to invoke the jurisdiction of this Court. Other than as explicitly stated, Vericheck denies the remaining allegations of paragraph 3 of the Complaint.

4.      Vericheck admits the allegations of paragraph 4 of the Complaint.

5.      Vericheck admits the allegations of paragraph 5 of the Complaint.

## III.   PARTIES

6.      Vericheck is without knowledge and information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 6 of the Complaint, and on that basis denies them.

7.      Vericheck is without knowledge and information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 7 of the Complaint, and on that basis denies them.

8.      Vericheck admits the allegations of paragraph 8 of the Complaint.

## IV.   FACTS

9.      Vericheck admits that the Domain Name appears to have been registered in March 2003 to an unidentified registrant designated as "Admin Manager." Except as explicitly stated, Vericheck is without knowledge and information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 9 of the Complaint, and on that basis denies them.

10.     Vericheck admits that the Domain Name was registered with the domain name registrar Enom, Inc., which registrar has offices in Bellevue, Washington. Except as explicitly stated, Vericheck is without knowledge and information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 9 of the Complaint, and on that basis denies them.

11.     Vericheck denies the allegations of paragraph 11 of the Complaint.

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1    12.    Vericheck admits the allegations of paragraph 12 of the Complaint.

2    13.    Vericheck admits the allegations of paragraph 13 of the Complaint.

3    14.    Vericheck admits that the PTO initially rejected Vericheck's application to

4  register the mark VERICHECK, INC. ELECTRONIC VERIFICATION NETWORK on grounds

5  including a prior registration for the mark VERICHECK.  Except as explicitly stated, Vericheck

6  denies the allegations of paragraph 14 of the Complaint.

7    15.    Vericheck admits the allegations of paragraph 15 of the Complaint.

8    16.    Vericheck admits the allegations of paragraph 16 of the Complaint.

9    17.    Vericheck admits the allegations of paragraph 17 of the Complaint.

10    18.    Vericheck denies the allegations of paragraph 18 of the Complaint.

11    19.    Vericheck denies the allegations of paragraph 19 of the Complaint.

12    20.    Vericheck denies the allegations of paragraph 20 of the Complaint.

13    21.    Vericheck denies the allegations of paragraph 21 of the Complaint.

14    22.    Vericheck admits the allegations of paragraph 22 of the Complaint.

15    23.    Vericheck admits the allegations of paragraph 23 of the Complaint.

16    24.    Vericheck admits the allegations of paragraph 24 of the Complaint.

17    25.    Vericheck admits that the Uniform Dispute Resolution Policy ("UDRP") provides

18  for the "independent resolution" of the parties' domain name dispute by the courts.  Except as

19  explicitly stated, Vericheck denies the allegations of paragraph 25 of the Complaint.

20    26.    Vericheck admits that Plaintiff commenced this lawsuit within ten days after the

21  decision of the National Arbitration Forum panel which ordered transfer of the Domain Name to

22  Vericheck.  Except as explicitly stated, Vericheck denies the allegations of paragraph 26 of the

23  Complaint.

### V.  FIRST CAUSE OF ACTION
### DECLARATORY RELIEF - 28 U.S.C. § 2201
### PLAINTIFF ASSERTS NO VIOLATION OF ACPA

26    27.    Vericheck realleges and incorporates by reference its responses to the allegations

27  of paragraphs 1 through 26 of the Complaint as if fully set forth herein.

ANSWER AND COUNTERCLAIMS - C06-1132JLR
44516-001\233577.doc                -3-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1   28.    Vericheck admits that Plaintiff purports to allege that there is an actual

2   controversy with respect to whether it is required to transfer the subject Domain Name to

3   Defendant as ordered by the UDRP decision.  Except as explicitly stated, Vericheck denies the

4   allegations of paragraph 28 of the Complaint.

5   29.    Vericheck denies the allegations of paragraph 29 of the Complaint.

6   30.    Vericheck denies the allegations of paragraph 30 of the Complaint.

7   31.    Vericheck denies the allegations of paragraph 31 of the Complaint.

8   32.    Vericheck denies the allegations of paragraph 32 of the Complaint.

9   33.    Vericheck denies the allegations of paragraph 33 of the Complaint.

10
11

### VI.   SECOND CAUSE OF ACTION
### DECLARATORY RELIEF - 28 U.S.C. § 2201
### PLAINTIFF ASSERTS NO VIOLATION OF LANHAM ACT

12   34.    Vericheck realleges and incorporates by reference its responses to the allegations

13   of paragraphs 1 through 33 of the Complaint as if fully set forth herein.

14   35.    Vericheck admits that Plaintiff purports to allege that there is an actual

15   controversy with respect to whether it is required to transfer the subject Domain Name to

16   Defendant because of Vericheck's prior rights in the VERICHECK Mark.  Except as explicitly

17   stated, Vericheck denies the allegations of the allegations of paragraph 35 of the Complaint.

18   36.    Vericheck denies the allegations of paragraph 36 of the Complaint.

19   37.    Vericheck denies the allegations of paragraph 37 of the Complaint.

20   38.    Vericheck denies the allegations of paragraph 38 of the Complaint.

21   39.    Vericheck denies the allegations of paragraph 39 of the Complaint.

22
### VII.   RELIEF REQUESTED BY PLAINTIFF

23   40.    Vericheck avers that the WHEREFORE paragraphs 1-6 and their respective

24   subparts, which appear after paragraph 39 of the Complaint, do not contain any allegations that

25   require a response.  To the extent, if any, that such paragraphs include any allegations requiring a

26   response Vericheck denies them.

27

ANSWER AND COUNTERCLAIMS - C06-1132JLR
44516-001\ 233577.doc                                    -4-

1

## VERICHECK'S COUNTERCLAIMS

2       Defendant and Counterclaim Plaintiff, Vericheck, Inc., as and for its Counterclaims against

3   Plaintiff for cybersquatting, trademark infringement and unfair competition, and violation of

4   Washington's Consumer Protection Act, asserts the following:

5                                       ## I.  FACTS

6       **A.    Vericheck Owns Trademark Rights In The VERICHECK Mark, Which**
            **Rights Predate Plaintiff's Registration of the VERICHECK.COM Domain**
7            **Name**

8       1.      Vericheck is a leading provider of transaction processing services.  For seventeen

9   years, from 1989 to the present, Vericheck has continuously used the "VERICHECK" name and

10  mark (the "The Mark") in connection with check collection, verification and processing services.

11  Vericheck also provides other financial verification services.  Vericheck is well known on the

12  Internet as a recognized and trusted provider of check verification services and has maintained an

13  Internet presence for this purpose since 1999.  Vericheck has maintained a website using the

14  "VERICHECK" name since 2000.  An excerpt from the <*www.vericheck.net*> website is

15  attached as Exhibit A.

16      2.      Vericheck received service mark registration S-19547 from the State of Georgia

17  on August 31, 2001 for the VERICHECK Mark and associated design.  A printout of the status

18  of Vericheck's Georgia trademark registration taken from the Georgia Secretary of State Office

19  database is attached hereto as Exhibit B.

20      3.      Vericheck has devoted substantial capital and corporate resources to associate the

21  VERICHECK Mark with its services and increase public awareness of the VERICHECK Mark.

22  Over the years, Vericheck has spent over $85,000 to market products and services associated

23  with the VERICHECK Mark, with sales doubling every year.  Using the VERICHECK Mark,

24  the dollar amount of financial transactions processed by Vericheck has grown from $100,000 in

25  all of 1989 to over $1.2 million per month in December 2005.  Vericheck's current customers

26  represent a veritable "who's who" of Internet payment processors ranging from Humboldt Bank

27  to USA e-pay, two leading Internet payment companies.

ANSWER AND COUNTERCLAIMS - C06-1132JLR
44516-001\ 233577.doc                              -5-

4.     As a result of Vericheck's substantial use and investment, the VERICHECK Mark is well-known and is recognized by the relevant consumers as indicating Vericheck and its services.  The VERICHECK Mark has become distinctive of Vericheck and its services.

**B.     Plaintiff is a Known Cybersquatter Who Registered the Domain Name With Full Knowledge of Plaintiff's Prior Rights.**

5.     Vericheck's use of the VERICHECK Mark and of the *<vericheck.net>* Domain Name long predates the registration or any use by Plaintiff of the Domain Name that is the subject of this proceeding.

6.     The VERICHECK Mark was distinctive and well known among the relevant consuming public as indicating Vericheck and its services long prior to Plaintiff's registration of the subject Domain Name.  The subject Domain Name was registered by Plaintiff in March 2003.  Vericheck has continuously used the VERICHECK name and Mark in connection with its services since 1989 and has maintained a website using the "VERICHECK" name (*<www.vericheck.net>*) since 2000.

7.     Plaintiff is engaged in a pattern and practice of cybersquatting for purposes of financial gain.  Vericheck has reviewed over 900 of Plaintiff's websites.  A large number of these sites are located at domain names that use famous marks or variations thereof.  These domain names include "cinnabun" (misspelling of "cinnabon"), "comcastsport" (contraction of "Comcast sports"), "e-faxes" (derivation of "e-fax"), "ebayworld" (derivation of "ebay"), "freiling" (misspelling of "frieling"), "imax" (which appears to be in the process of transfer to the mark owner), "itunesphones" (derivation of "itunes"), "lener" (misspelling of "lerner"), "optivity," and "oreos."  Plaintiff has also registered domain names related to marks, or derivations of marks, associated with prominent businesses or individuals:  "Danielhill.com" (Daniel Hill is a prominent Christian author who has published several books); and "pnconsulting" ("PN Consulting" is the trade name of the consulting group of "Porter Novelli").

8.     Plaintiff is not generally known by the names "vericheck" or "vericheck.com" and has no legitimate rights in the VERICHECK Mark.  Upon information and belief, Plaintiff

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1    registered the *<vericheck.com>* Domain Name for the purpose of taking advantage of the

2    goodwill inherent in Vericheck's VERICHECK Mark and for the purpose of driving traffic to

3    Plaintiff's website in order to generate advertising revenue.

4          9.      The subject Domain Name incorporates, in its entirety, the VERICHECK Mark.

5          10.     Plaintiff uses the Domain Name *<vericheck.com>* to direct customers to its faux

6    web portal that appears to exist solely to market the services and products of Defendant's

7    competitors and generate click through revenue.  When an Internet user visits Plaintiff's site, he

8    finds a site appearing to offer up search results.  However when a user clicks on these results, it

9    appears that Plaintiff redirects the user to the search portal *<information.com>* while continuing

10   to use the VERICHECK Mark, or a derivation of the Mark, on its web pages.  This search

11   request generates links to web pages of Defendant's competitors.  Excerpt web pages from

12   Plaintiff's *<www.vericheck.com>* website are attached as Exhibit C.

13         11.     Consumers are likely to be confused by Plaintiff's use of the *<vericheck.com>*

14   Domain Name into believing that there is an association or affiliation between Plaintiff and its

15   website and Vericheck and its services.

16         12.     Since purchasing the Domain Name, Plaintiff has indicated that it would sell the

17   Domain Name to Vericheck, but only for an exorbitant sum.  In August 2005 Plaintiff was

18   willing to sell the Domain Name for $48,000.  By January 2006, the price stated by Plaintiff

19   increased to over $100,000.  The Domain Name remains "for sale" on *<sedo.com>*.

20                        **COUNTERCLAIM I**
                  **CYBERSQUATTING (15 U.S.C. §1125)**
21

22         13.     Defendant realleges and incorporates by reference the allegations contained in

23   paragraphs 1 through 12 of Vericheck's Counterclaims.

24         14.     The Vericheck Mark was well known and distinctive before Plaintiff's

25   registration of the *<vericheck.com>* Domain Name in March 2003.

26         15.     Plaintiff has used the *<vericheck.com>* Domain Name with a bad faith intent to

27   profit from Vericheck's Mark, pursuant to 15 U.S.C. §1125(d).

**STOKES LAWRENCE, P.S.**
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

16.     Plaintiff has registered, and is trafficking in and using the *<vericheck.com>*
Domain Name, which is identical to, confusingly similar to and/or dilutive of the VERICHECK
Mark.

17.     The use by the Plaintiff of the Domain Name *<vericheck.com>*  is likely to cause
confusion among consumers as to the source or sponsorship of Plaintiff's website and its
products and/or services.

18.     The Plaintiff has engaged in and continues to engage in these activities
knowingly, willfully and deliberately, so as to justify an award of Vericheck's attorneys' fees.

19.     The Plaintiff's actions justify an award of statutory damages in the amount of
$100,000.

20.     The Plaintiff's acts of cyberpiracy, unless enjoined by this Court, will continue to
cause Vericheck to sustain irreparable damage, loss and injury, for which Vericheck has no
adequate remedy at law.

**COUNTERCLAIM II**
**FALSE DESIGNATION OF ORIGIN AND FALSE REPRESENTATION**
**(15 U.S.C. § 1125(a))**

21.     Defendant realleges and incorporates by reference herein the allegations
contained in paragraphs 1 through 20 of Vericheck's Counterclaims.

22.     The Plaintiff's aforesaid activities, including its continued use of the
*<vericheck.com>* Domain Name, constitute false designation of origin, false descriptions and
representations and false advertising in commerce in violation of § 43(a) of the Lanham Act, 15
U.S.C. § 1125(a), because they are likely to mislead the trade and public into believing that
Plaintiff's products and/or services originate from, are affiliated with, or are sponsored,
authorized, approved or sanctioned by Vericheck.

23.     The Plaintiff has engaged and continues to engage in these activities knowingly,
willfully and deliberately.

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

24.     The Plaintiff's aforesaid acts of false designation of origin, false representation and false advertising, unless enjoined by this Court, will continue to cause Vericheck to sustain irreparable damage, loss and injury, for which Vericheck has no adequate remedy at law.

COUNTERCLAIM III<br>COMMON LAW TRADEMARK INFRINGEMENT AND TRADE NAME INFRINGEMENT

25.     Defendant realleges and incorporates by reference herein the allegations contained in paragraphs 1 through 24 of Vericheck's Counterclaims.

26.     VERICHECK is a trademark and trade name belonging to Defendant Vericheck, Inc.  Defendant has used this mark continuously since 1989 and its use is prior to that of Plaintiff's.

27.     The Plaintiff's activities are likely to cause confusion between the Plaintiff's products and/or services and Vericheck's products and/or services, and such unlawful activities infringe the valuable common law trademark and other rights of Vericheck in its VERICHECK Mark.  The Plaintiff's actions, as alleged herein, misrepresent the nature, characteristics or qualities of their services or commercial activities.

28.     The acts and conduct of the Plaintiff, as alleged herein, constitute infringement of Vericheck's common law rights in its trademark and trade name and an effort to misappropriate Vericheck's trademark and trade name.

29.     The Plaintiff has engaged and continues to engage in these activities knowingly, willfully and deliberately.

30.     The Plaintiff's aforesaid acts of infringement, unless enjoined by this Court, will continue to cause Vericheck to sustain irreparable damage, loss and injury, for which Vericheck has no adequate remedy at law.

COUNTERCLAIM IV<br>UNFAIR COMPETITION AND MISAPPROPRIATION (COMMON LAW)

31.     Defendant realleges and incorporates by reference the allegations contained in paragraphs 1 through 30 of Vericheck's Counterclaims.

ANSWER AND COUNTERCLAIMS - C06-1132JLR
44516-001\ 233577.doc                                                    -9-

STOKES LAWRENCE, P.S.<br>800 FIFTH AVENUE, SUITE 4000<br>SEATTLE, WASHINGTON 98104-3179<br>(206) 626-6000

32.     The Plaintiff's aforesaid activities including its continued use of the

<vericheck.com> Domain Name constitute unfair competition with Defendant by creating a

likelihood of confusion as to the source or sponsorship of the products and/or services offered by

the Plaintiff and by misappropriating the unique reputation and good will of Vericheck thereby

injuring that reputation and goodwill, and diverting from Vericheck the benefits arising there

from.

33.     The Plaintiff has engaged and continues to engage in these activities knowingly,

willfully and deliberately.

34.     The Plaintiff's aforesaid acts of unfair competition, unless enjoined by this Court,

will continue to cause Vericheck to sustain irreparable damage, loss and injury, for which

Vericheck has no adequate remedy at law.

## CLAIM V
## VIOLATION OF WASHINGTON STATE CONSUMER PROTECTION ACT
## (RCW 19.86.020)

35.     Defendant realleges and incorporates by reference the allegations contained in

paragraphs 1 through 34 of Vericheck's Counterclaims.

36.     The Plaintiff's conduct complained of herein is an unfair act or practice that has

the capacity to deceive consumers into believing they are receiving products or services from

Vericheck when this is not the case.  This implicates the public interest.

37.     All the conduct alleged herein occurs and continues to occur in the course of

Plaintiff's business.  The conduct is part of a pattern or generalized course of conduct repeated

on numerous occasions daily.

38.     The Plaintiff has engaged and continues to engage in these activities knowingly,

willfully and deliberately.

39.     Vericheck has been directly and proximately injured in its business and property

by the Plaintiff's conduct complained of herein in violation of Vericheck's rights under RCW

19.86.020.

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

40.     Pursuant to RCW 19.86.090, Vericheck is entitled to its attorneys' fees and costs of suit, in amounts to be determined at trial.

41.     The Plaintiff's aforesaid acts, unless enjoined by this Court, will continue to cause Vericheck to sustain irreparable damage, loss and injury, for which Vericheck has no adequate remedy at law.

## II.   PRAYER FOR RELIEF

WHEREFORE, Vericheck, Inc. requests entry of a judgment and Order in its favor and against Plaintiff on all claims as follows:

1.   Restraining the Plaintiff from selling or otherwise transferring the Domain Name <*vericheck.com*> to any third party other than Vericheck, Inc.;

2.   Ordering that the Domain Name <*vericheck.com*> be transferred to Vericheck, Inc., and that the Plaintiff take all necessary actions to transfer the Domain Name <*vericheck.com*> to Vericheck within ten (10) days of entry of such Order;

3.   Restraining the Plaintiff from using in connection with its activities, products or services any false or deceptive designation, representation or description of the Plaintiff or of its products, services or activities, whether by symbols, words or statements, which would damage or injure Vericheck or give the Plaintiff an unfair competitive advantage in the marketplace;

4.   Restraining the Plaintiff from engaging in acts of federal, state or common law trade name infringement, trademark infringement, service mark infringement, unfair competition or misappropriation which would damage or injure Vericheck;

5.   Restraining the Plaintiff from violating RCW 19.86.020;

6.   Restraining the Plaintiff from inducing, encouraging, instigating, aiding, abetting or contributing to any of the aforesaid acts;

7.   For an award to Vericheck of statutory damages of $100,000 pursuant to 15 U.S.C. 1117(d);

ANSWER AND COUNTERCLAIMS - C06-1132JLR
44516-001\ 233577.doc                    -11-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1       8.   That Vericheck be awarded the costs of this civil action, together with Vericheck's

2  reasonable attorney fees, pursuant to 15 U.S.C. § 1117, RCW 19.77.150, RCW 19.86.080, and

3  the equity powers of the Court;

4       9.   That Plaintiff be ordered to pay Vericheck prejudgment interest on all sums allowed

5  by law;

6       10. That Vericheck be awarded such other and further relief as the Court may deem

7  equitable and proper.

8       DATED this _29th_ day of August, 2006.

9                             STOKES LAWRENCE, P.S.

11              By: _Shannon M. Jost_

12                  Shannon M. Jost (WSBA #32511)
                         Attorneys for Defendant/Counterclaim

13                         Plaintiff VERICHECK, INC.

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on _August 29_, 2006, I caused the foregoing Answer and
3  Counterclaim to be:

4  ☒    electronically filed with the Clerk of the Court using the CM/ECF system which will send
      notification of such filing to the following:

5

      Derek A. Newman (derek@newmanlaw.com)
6      Randall Moeller (randy@nemanlaw.com)

7  ☐    mailed by first class United States mail, postage prepaid, to the following:

8

9

10  ☐    hand delivered to the following:

11

12

13  ☐    e-mailed and mailed by first class United States mail, postage prepaid, to the following:

14

15  ☐    faxed and mailed by first class United States mail, postage prepaid, to the following:

16

17

18

19  Shannon M. Jost (WSBA #32511)
     Attorneys for Defendant/Counterclaim Plaintiff
20  Stokes Lawrence, P.S.
     800 Fifth Avenue, Suite 4000
21  Seattle, WA  98104
     (206) 626-6000
22  Fax:  (206) 464-1496
     shannon.jost@stokeslaw.com

23

24

25

26

27

ANSWER AND COUNTERCLAIMS - C06-1132JLR
44516-001\ 233577.doc            -13-

Case 2:06-cv-01132-JLR   Document 5   Filed 08/29/06   Page 14 of 28



"The Leader in Check Verification
and Guarantee Services"

**Apply Now**

**HOME**
**APPLY**
**CHECK SERVICES**
**MERCHANT ACCOUNTS**
**AFFILIATE PROGRAMS**
**CONTACT US**
**FAQs**
**FEEDBACK**

Website Designed and Hosted by



HTML and CSS Validated Website

 



Check Services
Check Verification
Check Guarantee
Collection Service

Traditional Payment Services
Check Conversion
Merchant Accounts
ACH/EFT Solutions

Internet Payment Services
Online Checks
Merchant Accounts

ISO Resources
Partners
Resellers
Affiliates



Exhibit A

14





**HOME**
**APPLY**
**CHECK SERVICES**
**MERCHANT ACCOUNTS**
**AFFILIATE PROGRAMS**
**CONTACT US**
**FAQs**
**FEEDBACK**

Thank you for your interest in Vericheck, Inc. "The Leader in Check Verification and Guarantee Services." We also appreciate your patience as we update our site.

Click on the required document below to download your necessary form. Should you have questions on how to fill them out, **please call us at 866-VeriCheck (866-837-4243).**

Please print these forms, fill in, sign and fax them to (404) 872-3490

### Apply Now
for Check Acceptance
*Requires Adobe Acrobat Reader*

**READ INSTRUCTIONS CAREFULLY BEFORE COMPLETING APPLICATIONS ONLINE.**

Need extra assistance? Call VeriCheck at 866-VeriCheck (866-837-4243) and a Professional Sales Representative will be glad to assist you!

Website Designed and Hosted by



HTML and CSS Validated Website

 



15



**"The Leader in Check Verification and Guarantee Services"**



**HOME**
**APPLY**
**CHECK SERVICES**
   Collection Services
   Guarantee
   Verification
**MERCHANT ACCOUNTS**
**AFFILIATE PROGRAMS**
**CONTACT US**
**FAQs**
**FEEDBACK**

Website Designed and Hosted by



HTML and CSS Validated Website

 

## Collection Services

VeriCheck, Inc. has been in business for over 10 years, helping businesses throughout the **US** in the prevention of receiving and the recovery of their money from returned checks. With VeriCheck, merchants are receiving a 65% collection rate on the **"FIRST"** re-presentment. In addition, we return a portion of the NSF fees <u>directly to you</u>!

At VeriCheck, we realize that your customers are the key to your success. Our recovery staff members are specialists in customer relations. We take a positive approach to debt recovery and search for solutions that will keep your good customers coming back in the future.

VeriCheck eliminates the 60-90 day period for you to receive money for your returned checks. With VeriCheck, you can have your money back in your hands typically in 16-31 days! Plus, you will get extra cash back on every item collected through VeriCheck. Recent change in the law allows us to electronically access a check writer's account and debit not only the face value of the check, but also the NSF fees associated with the transaction. This allows us to get the money back in your hands, where it belongs, in less time than ever before ...

All of this is provided **at no additional cost to you!!!** When considering VeriCheck, remember:

1. 65% collection rate on first time collection items
2. 16-31 day collection cycle from date of check deposit to item reimbursement
3. NO additional fees and **NO CHARGE** for Electronic Check Verification Services for customers with Debit/Credit Card Service
4. Low Cost Check Guarantee Option available with VeriCheck's Standard Dial-In Verification Service
5. Support a wide variety of Check Scanners and Readers
6. You will be accessing a database specifically maintained for your business and geographic location for electronic check verification. This eliminates the ability for the bad-check criminal to repeatedly target your locations in a two or three day period
7. NO CHARGE for check collection on checks presented within 30 days of their return to you

VeriCheck is designed to prevent losses at the time of check presentment and collect on NSF checks presented to you. Closed accounts, Forgeries, Stop Payments, etc, will be handled using conventional collection techniques and "criminal prosecution" when applicable. Together we can reduce your company's operating expenses and increase your company's **bottom line** therefore achieving the **"WIN WIN"** results that you need to manage that line of your business.





**"The Leader in Check Verification and Guarantee Services"**



**HOME**
**APPLY**
**CHECK SERVICES**
   Collection Services
   Guarantee
   Verification
**MERCHANT ACCOUNTS**
**AFFILIATE PROGRAMS**
**CONTACT US**
**FAQs**
**FEEDBACK**

Website Designed and Hosted by



HTML and CSS Validated Website

 

**The Security of Check Verification**

**How Check Verification Works:**

For both POS and Online Checks (Internet originated) VeriCheck verifies the bank routing number, account numbers along with the consumer information against a positive and negative database to ensure the check writer does not have unresolved returned checks.

**Negative Database:** Verifies the bank account number is not in a fraudulent or bad account database

**Positive Database**: Verifies the consumer and bank account through a successful check transaction database

**Consumer Database:** Verifies the consumer is not on a "who's who" of bad check writers

In the U.S. slightly more than 2% of checks written to retail businesses, and 1% of checks overall are returned unpaid. Recovery rates vary, but, on average, Merchants ultimately recover less than half of these items. Much of this money is readily recoverable by VeriCheck's electronic NSF recovery services. Included in our check verification service is this check recovery system. This service eliminates you, the merchant, from having to try and collect on a returned check. VeriCheck will pursue recovery of the check to the fullest extent of the law at **no additional cost to the you.**

VeriCheck's prevention system is as strong as it recovery service. Ou database enables you to track a combination of variables providing a number of ways to decrease your exposure to the intentional bad check writer. A few variables include:

- The number of checks written within a specified period of time



- The total dollar amount of checks written within a time period
- or a combination of both.

VeriCheck services gives you the power to decide whether or not to accept a particular check.

- Merchant controlled risk parameters.
- Eliminate in-house collection of returned checks - VeriCheck check recovery system will collect the returned check for you.
- Reduce the amount of returned checks.
- Set your parameters on how many times a consumer can write a check or he total amounts on checks written for a bank account.

Call **404-872-4585** and speak to one of our sales associates today and start minimizing your risk with taking personal checks!





**"The Leader in Check Verification and Guarantee Services"**



**HOME**
**APPLY**
**CHECK SERVICES**
**MERCHANT ACCOUNTS**
**AFFILIATE PROGRAMS**
**CONTACT US**
**FAQs**
**FEEDBACK**

Website Designed and Hosted by


Local Net Solutions

HTML and CSS Validated Website

 

*Want to grow your sales by as much as 30%?*

Today's consumers have come to rely and expect check/credit card acceptance from businesses. Accepting checks/credit cards is the fastest way to grow your sales. Statistics show that consumers spend up to 50% more when paying for an item in a non cash transaction! Start thinking about your customer's needs and preferences, and you will start making more sales. Check/credit card acceptance makes it easy for customers to buy from you!

VeriCheck, Inc. services all major types of consumer and business payments such as: Check Acceptance (ACH); eChecks; credit (Visa?, MasterCard?, American Express?, Diners Club?, Discover?/NOVUS?); online debit, offline debit; Electronic Benefits Transfer (EBT); wireless; stored value and purchasing cards.

**We Specialize In:**

- Retail
- Restaurant
- Motel/Hotel
- Internet Business
- Mail Order/Telephone Order

- New Business
- Home-Based Business
- No Credit
- Good Credit
- Questionable Credit

One of our experienced Sales Representatives will help you call **866-VeriCheck** today!

## Assistance

**VeriCheck Merchant Services Mailing Address:**
P.O. Box 241
Young Harris, GA 30582

**Merchant Customer Service:**
(404) 872-4585 (ph)
(404) 872-3490 (Fax)
Customer Service



21



SECRETARY OF STATE
*Cathy Cox*
. . . advancing the e-government revolution

▸HOME ▸CONTACT ▸SEARCH
▸ARCHIVES
▸CORPORATIONS
▸ELECTIONS
▸PROFESSIONAL LICENSURE
▸SECURITIES
▸STATE CAPITOL

**Your Search Criteria:**

Mark Name:          Vericheck

## Search Results

**Information current as of 6/14/2006 11:25:49 AM**

**Records 1 - 1 of 1 Total Records Found**

| | |
|---|---|
| **Mark Name:** | VERICHECK & DESIGN |
| **Mark Type:** | SERVICE MARK |
| **Registration No.:** | S-19547 |
| **Registration Date:** | 8/31/2001 |
| **Expiration Date:** | 8/31/2011 (ACTIVE) |
| **First used by an Individual:** | 1989 |
| **First used in Georgia:** | 1989 |
| **Owner of Mark:** | VERICHECK, INC., 1815 WOODCLIFFE TROMRACK NE, ATLANTA, GA 30324 |
| **Classification:** | 3 - Insurance and financial |
| **Mark used in connection with:** | CHECK VERIFICATION AND CHECK COLLECTION SERVICES. |
| **Description:** | A DEPICTION OF A CHECK MARK OVER THE WORD "VERICHECK" |

<u>New Search</u>

Exhibit B

# Vericheck.com
*What you need, when you need it*

August 29, 20[

Bookmark this page | Make this your homepa

**Check Verification**    **Contact Vericheck**    **Bad Check**    **Birth Certificates**    **Online Payment**    **Criminal Records**    **Public Recor**

| Popular Links |
| --- |
| **Check Verification** |
| **Contact Vericheck** |
| **Bad Check** |
| **Birth Certificates** |
| **Online Payment** |
| **Criminal Records** |
| **Public Records** |
| **Collections** |
| **Birth Certificate** |
| **Offices** |

## Popular Categories

| | | |
| --- | --- | --- |
| Check Verification | Contact Vericheck | Bad Check |
| Birth Certificates | Online Payment | Criminal Records |
| Public Records | Collections | Birth Certificate |
| Offices | People Search | Background Check |
| Online Payments | Employment | Criminal Background Check |
| Criminal Record | Employment Screening | Payment Online |

### Favorite Categories

| Travel | Finance | Home |
| --- | --- | --- |
| Airline tickets | Free credit report | Foreclosures |
| Hotels | Online Payment | Houses For Sale |
| Car rental | Credit Card Application | Mortgage |
| Flights | Car Insurance | People Search |
| South Beach Hotels | Health insurance | Real Estate Training |

| Business | Entertainment | Lifestyle |
| --- | --- | --- |
| Employment | Games | Dating |
| Work from home | Casino | Christian Singles |
| Reorder Checks | Music | Jewish Singles |
| Used Cars | Cell Phones | Engagement Rings |
| Business Opportunities | Ringtones | Chat |

Search

[ Search ]

Check Verification | Contact Vericheck | Bad Check | Birth Certificates | Online Payment | Criminal Records | Public Records

Exhibit C

23

*Search results for:*

# check verification

*What you need, when you need it*

Bookmark this page | Make this your homepage

**Airline Tickets**     **Employment**     **Car Insurance**     **Ringtones**     **Dating**     **Houses For Sale**     **Mortgage**

August 29, 200

| Popular Links |
| --- |
| **Airline Tickets** |
| **Employment** |
| **Car Insurance** |
| **Ringtones** |
| **Dating** |
| **Houses For Sale** |
| **Mortgage** |
| **Hotels** |
| **Work From Home** |
| **Free Credit Report** |

**Sponsored Links**

**Realtime Check Verify**
Determine the current status of your customers checking account
http://www.ach-eft-ncms.com

**Check Verification System**
Reduce risks and save money. Is the **check** Good or Bad! POS or Internet
http://www.ACH-Payments.com/

**CrossCheck, Inc.**
Guarantee, Conversion, Hold **Check** services- fast, easy and affordable
http://www.cross-check.com

**Check Verification Svcs**
Protect Your Business From Bad Checks - Free Price and Rate Quotes
http://www.BuyerZone.com

**Top Sites**

**Check Processing Services**
Get Online Checking, POS, Sale Software & Other Mechant Services.
www.business.com

**Business Checks From Asap Checks**
Ultra-secure business checks (manual, handwritten) and computer check
www.asapchecks.com

**Real-time Funds Verification System: Free Demo**
Verify funds with a virtual terminal for 50 cents each. Avoid NSF, st
bettercheck.com

**Personal Checks Online**
Wish You Had Cuter Checks in Your Checkbook? You Can Find a Variety o
www.OnlineChecks.com

**Check Verification: Compare Prices**
Compare prices from over 40,000 stores. At BizRate.com, find deals,
www.bizrate.com

**Cheap Checks Cool Designs**
Save 50% on All Checks. Over 700 Designs to Choose From.
www.checks4u.net

**WebSearch Results**

**Automated Electronic Check Processing and Che...**
Web2b Payment Solutions provides electronic check processing, check verification and conversion services.
http://www.web2bpaymentsolutions.com/

**Background check, pre-employment screening an...**
Background check and pre-employment screening services for business employers like you.
http://www.informationresources.com/

**Web Developer's Journal - Tips on Web Page De...**
Tips on Web page design, HTML, graphics, Web audio, Internet business, e-commerce, Web development tools, Java, Javascript, C...
http://www.webdevelopersjournal.com/

**AnyBrowser.com - Your Source for Browser Comp...**
Improve your web site, check your HTML, browser compatibility & check for dead links. Improve ranking on search engines, ...
http://www.anybrowser.com/

**Adult Webmaster Resources - Age Verification,...**
Adult Webmaster Resources for Adult Webmasters - adult webmaster tools.
http://www.masterzonex.com/

**Search** Check Verification       Search

Airline Tickets | Employment | Car Insurance | Ringtones | Dating | Houses For Sale | Mortgage

## contact vericheck

*Search results for:*

*What you need, when you need it*

Bookmark this page | Make this your homepa

Airline Tickets      Employment      Car Insurance      Ringtones      Dating      Houses For Sale      Mortgage

| Popular Links |
| --- |
| Airline Tickets |
| Employment |
| Car Insurance |
| Ringtones |
| Dating |
| Houses For Sale |
| Mortgage |
| Hotels |
| Work From Home |
| Free Credit Report |

**Top Sites**

**70% Off Contacts**
Wide Selection of Quality Contacts! Cheap Contacts, Free Shipping
Contacts.Pages.US.com

**Lens.com Official Site**
We offer a wide selection of lenses at 70% off. Shop Lens.com Now.
www.lens.com

**Affordable Contact Lens Online**
Are You Spending to Much Buying Contact Lens Each Year? Save Money on
www.USAContacts.com

**Personal Checks Online**
Wish You Had Cuter Checks in Your Checkbook? You Can Find a Variety o
www.OnlineChecks.com

**Contacts - Buy At Dealtime.com!**
Save time and money every time you shop! DealTime lets you compare pr
www.DealTime.com

**Get Your Contacts Online & Save**
Find great deals on the contacts you need right here. Order online an
www.EyeContacts.com

**WebSearch Results**

**Contact Any Celebrity - Over 16,000 accurate ...**
Over 15,000 celebrity addresses and fan mail contacts.
http://www.contactanycelebrity.com/

**Nikon Worldwide Network (Contact)**
Contacts Photographic & Electronic Imaging Equipment Sport Optics Eyewear IC & LCD Equipment
Instruments Surveying In...
http://www.nikon.com/

**Chaos Software contact manager time managemen...**
Provides integrated contact manager and time management solutions with Time & Chaos personal organizer
and email client s...
http://www.isbister.com/

**Contact Lenses Direct - Authorized Acuvue Con...**
Contact Lenses Direct has a huge inventory of contact lenses at 50 - 75% off regular retail. Contact lens
orders over $100 ge...
http://www.contact-lenses-direct.com/

**Contact Lenses at 1-800 CONTACTS | World's La...**
The world's largest contact lens store with over 20 million contacts in stock. They are more likely than anyone
to have your ...
http://www.1800contacts.com/

**Search** | Contact Vericheck     [ Search ]

Airline Tickets | Employment | Car Insurance | Ringtones | Dating | Houses For Sale | Mortgage