# STOKES LAWRENCE, P.S.

Telephone

(206) 626-6000

A PROFESSIONAL SERVICE CORPORATION

800 Fifth Avenue, Suite 4000

Seattle, WA 98104-3179

Federal Tax ID# 91-1318835

Facsimile

(206) 464-1496

Invoice No. 73419

Invoice Date: September 8, 2006

For Services Through August 31, 2006

Jerry Hannah
Vericheck, Inc.
PO Box 241
Young Harris, GA 30582

David Lahoti v. Vericheck, Inc.
Matter No. 44516-001

## Professional Fees

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 08/15/2006 | SMJ | Review UDRP decision ordering transfer of Vericheck.com; consider strategy for answer and counterclaims (initial telephone conference with Jerry Hannah re engagement not billed to client) | 0.30 | 87.00 |
| 08/17/2006 | SMJ | Review documents and information received from D. Snead concerning UDRP proceeding and prior communications with respondent; begin to draft Answer, defenses and counterclaims | 2.80 | 812.00 |
| 08/22/2006 | SHB | Confer with SMJ regarding drafting counterclaims; Review Complaint for Declaratory Judgment; begin drafting counterclaims | 1.50 | 285.00 |
| 08/22/2006 | SMJ | Confer with SHB re counterclaims | 0.20 | 58.00 |
| 08/23/2006 | SHB | Continue drafting counterclaims | 3.00 | 570.00 |
| 08/23/2006 | SMJ | Conference with SHB re counterclaims and supporting facts | 0.20 | 58.00 |
| 08/25/2006 | SHB | Review Cybersquatting statute; make changes to Cybersquatting counterclaim based on same | 0.50 | 95.00 |
| 08/25/2006 | SMJ | Review and revise Answer and Counterclaims | 0.70 | 203.00 |
| 08/28/2006 | SMJ | Revise Answer and Counterclaims; forward to client for review | 1.20 | 348.00 |
| 08/29/2006 | SMJ | Finalize answer and counterclaims; e-mail correspondence with client re same; conference with MLF re additional revisions | 0.60 | 174.00 |
| 08/29/2006 | MLF | Review and revise answer and counterclaims; gather exhibits; assist with filing of same | 2.80 | 448.00 |

Sub-total Fees: 3,138.00

IF YOUR BALANCE REFLECTS A TRANSFER FROM TRUST, THE TRANSFER WILL OCCUR ON THE LAST BUSINESS DAY OF THIS MONTH
UNLESS WE RECEIVE DIFFERENT INSTRUCTIONS FROM YOU
PAYMENT IS DUE UPON RECEIPT. A LATE CHARGE OF 1% PER MONTH WILL BE ADDED TO ALL DELINQUENT BALANCES
NOT PAID WITHIN 30 DAYS OF THIS INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE ADVANCE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED.
ALL DISPUTES REGARDING THIS STATEMENT MUST BE REPORTED IN WRITING TO THIS OFFICE WITHIN 20 DAYS.

**EXHIBIT B**

|                          |          |
|--------------------------|----------|
| Total Current Billing:   | 3,138.00 |
| Previous Balance:        | 0.00     |
| **Total Now Due:**       | 3,138.00 |

FOR PAYMENTS BY MASTERCARD OR VISA, OR OTHER BILLING INQUIRIES, PLEASE CONTACT ACCOUNTS RECEIVABLE AT (206) 626-6000

IF YOUR BALANCE REFLECTS A TRANSFER FROM TRUST, THE TRANSFER WILL OCCUR ON THE LAST BUSINESS DAY OF THIS MONTH
UNLESS WE RECEIVE DIFFERENT INSTRUCTIONS FROM YOU
PAYMENT IS DUE UPON RECEIPT.  A LATE CHARGE OF 1% PER MONTH WILL BE ADDED TO ALL DELINQUENT BALANCES
NOT PAID WITHIN 30 DAYS OF THIS INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE ADVANCE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED.
ALL DISPUTES REGARDING THIS STATEMENT MUST BE REPORTED IN WRITING TO THIS OFFICE WITHIN 20 DAYS.

# STOKES LAWRENCE, P.S.

A PROFESSIONAL SERVICE CORPORATION

800 Fifth Avenue, Suite 4000
Seattle, WA 98104-3179
Federal Tax ID# 91-1318835

Telephone
(206) 626-6000

Facsimile
(206) 464-1496

Invoice No. 74617
Invoice Date: October 11, 2006
For Services Through September 30, 2006

Jerry Hannah
Vericheck, Inc.
PO Box 241
Young Harris, GA 30582

David Lahoti v. Vericheck, Inc.
Matter No. 44516-001

**Professional Fees**

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/06/2006 | SMJ | Review similar UDRP/ACPS declaratory judgment case filed by Newman & Newman; e-mail to client re same | 0.20 | 58.00 |
| 09/18/2006 | SMJ | Review reply to counterclaims filed by Lahoti; e-mail to J. Hannah re reply and next steps | 0.50 | 145.00 |
| 09/19/2006 | MLF | Review ICANN rules re locked status of domain registration during ongoing civil litigation; confer w/SMJ | 0.40 | 64.00 |
| 09/26/2006 | SMJ | Draft initial disclosures; review scheduling order; e-mail to client re initial disclosures, scheduling | 0.40 | 116.00 |
| | | Sub-total Fees: | | 383.00 |

Total Current Billing: 383.00
Previous Balance: 3,138.00

**Total Now Due:** 3,521.00

FOR PAYMENTS BY MASTERCARD OR VISA, OR OTHER BILLING INQUIRIES, PLEASE CONTACT ACCOUNTS RECEIVABLE AT (206) 626-6000

IF YOUR BALANCE REFLECTS A TRANSFER FROM TRUST, THE TRANSFER WILL OCCUR ON THE LAST BUSINESS DAY OF THIS MONTH
UNLESS WE RECEIVE DIFFERENT INSTRUCTIONS FROM YOU
PAYMENT IS DUE UPON RECEIPT. A LATE CHARGE OF 1% PER MONTH WILL BE ADDED TO ALL DELINQUENT BALANCES
NOT PAID WITHIN 30 DAYS OF THIS INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE ADVANCE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED.
ALL DISPUTES REGARDING THIS STATEMENT MUST BE REPORTED IN WRITING TO THIS OFFICE WITHIN 20 DAYS.

# STOKES LAWRENCE, P.S.

A PROFESSIONAL SERVICE CORPORATION

800 Fifth Avenue, Suite 4000
Seattle, WA 98104-3179
Federal Tax ID# 91-1315835

Telephone
(206) 626-6000

Facsimile
(206) 464-1496

Invoice No. 75146
Invoice Date: November 6, 2006
For Services Through October 31, 2006

Jerry Hannah
Vericheck, Inc.
PO Box 241
Young Harris, GA 30582

David Lahoti v. Vericheck, Inc.
Matter No. 44516-001

**Professional Fees**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/02/2006 | SMJ | E-mail to opposing counsel re FRCP 26(f) conference | 0.10 | 29.00 |
| 10/04/2006 | SMJ | E-mail correspondence with opposing counsel, client; discuss discovery requests with MLF | 0.30 | 87.00 |
| 10/04/2006 | MLF | Begin drafting discovery requests | 0.30 | 48.00 |
| 10/05/2006 | MLF | Continue working on discovery requests | 1.30 | 208.00 |
| 10/06/2006 | MLF | Continue working on discovery requests | 0.70 | 112.00 |
| 10/09/2006 | SMJ | Prepare for and conduct FRCP 26(f) conference | 0.80 | 232.00 |
| 10/09/2006 | MLF | Continue working on discovery requests | 0.40 | 64.00 |
| 10/18/2006 | SMJ | Review and revise proposed Joint Status Report; e-mail to client re same and re Initial Disclosures | 0.70 | 203.00 |
| 10/20/2006 | SMJ | Telephone conference with J. Hannah re initial disclosures and Joint Status Report; revise same and forward Joint Status Report to opposing counsel with comments; begin to review and revise discovery requests to Lahoti | 0.90 | 261.00 |
| 10/23/2006 | SMJ | E-mail correspondence with opposing counsel re disclosures, Joint Status Report; review final draft of same prior to filing | 0.30 | 87.00 |
| 10/27/2006 | SMJ | Review plaintiff's initial disclosures; e-mail correspondence with opposing counsel; review minute order re scheduling and discovery | 0.40 | 116.00 |
| 10/30/2006 | MLF | Review minute order setting trial and related dates; calculate conference of attorneys and plaintiff's and defendant's pre-trial statement deadlines; assist BAS with docketing of same | 0.40 | 64.00 |

IF YOUR BALANCE REFLECTS A TRANSFER FROM TRUST, THE TRANSFER WILL OCCUR ON THE LAST BUSINESS DAY OF THIS MONTH
UNLESS WE RECEIVE DIFFERENT INSTRUCTIONS FROM YOU
PAYMENT IS DUE UPON RECEIPT. A LATE CHARGE OF 1% PER MONTH WILL BE ADDED TO ALL DELINQUENT BALANCES
NOT PAID WITHIN 30 DAYS OF THIS INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE ADVANCE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED.
ALL DISPUTES REGARDING THIS STATEMENT MUST BE REPORTED IN WRITING TO THIS OFFICE WITHIN 20 DAYS.

|  | Sub-total Fees: | 1,511.00 |
|---|---|---|

**Trust Account**

|  |  | 0.00 |
|---|---|---|
| 10/26/2006 | Retainer from Veri Check Inc | 5,000.00 |
|  | Ending Balance: | 5,000.00 |

|  | Total Current Billing: | 1,511.00 |
|---|---|---|
|  | Previous Balance: | 3,521.00 |
|  | **Total Now Due:** | **5,032.00** |

FOR PAYMENTS BY MASTERCARD OR VISA, OR OTHER BILLING INQUIRIES, PLEASE CONTACT ACCOUNTS RECEIVABLE AT (206) 626-6000

IF YOUR BALANCE REFLECTS A TRANSFER FROM TRUST, THE TRANSFER WILL OCCUR ON THE LAST BUSINESS DAY OF THIS MONTH
UNLESS WE RECEIVE DIFFERENT INSTRUCTIONS FROM YOU
PAYMENT IS DUE UPON RECEIPT. A LATE CHARGE OF 1% PER MONTH WILL BE ADDED TO ALL DELINQUENT BALANCES
NOT PAID WITHIN 30 DAYS OF THIS INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE ADVANCE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED.
ALL DISPUTES REGARDING THIS STATEMENT MUST BE REPORTED IN WRITING TO THIS OFFICE WITHIN 20 DAYS.

# STOKES LAWRENCE, P.S.

Telephone
(206) 626-6000

A PROFESSIONAL SERVICE CORPORATION
800 Fifth Avenue, Suite 4000
Seattle, WA 98104-3179
Federal Tax ID# 91-1318835

Facsimile
(206) 464-1496

Invoice No. 77186
Invoice Date: January 17, 2007
For Services Through December 31, 2006

Jerry Hannah
Vericheck, Inc.
PO Box 241
Young Harris, GA 30582

David Lahoti v. Vericheck, Inc.
Matter No. 44516-001

| **Professional Fees** | | | Hours | Amount |
|---|---|---|---|---|
| 12/04/2006 | SMJ | Work on requests for admission | 0.90 | 261.00 |
| 12/05/2006 | SMJ | Continue to draft and revise discovery requests | 0.50 | 145.00 |
| | | Sub-total Fees: | | 406.00 |

| | |
|---|---|
| Interest Due on Past Due Balances: | 35.21 |
| Total Current Billing: | 441.21 |
| Previous Balance: | 5,032.00 |
| **Total Now Due:** | **5,473.21** |

FOR PAYMENTS BY MASTERCARD OR VISA, OR OTHER BILLING INQUIRIES, PLEASE CONTACT ACCOUNTS RECEIVABLE AT (206) 626-6000

IF YOUR BALANCE REFLECTS A TRANSFER FROM TRUST, THE TRANSFER WILL OCCUR ON THE LAST BUSINESS DAY OF THIS MONTH
UNLESS WE RECEIVE DIFFERENT INSTRUCTIONS FROM YOU
PAYMENT IS DUE UPON RECEIPT. A LATE CHARGE OF 1% PER MONTH WILL BE ADDED TO ALL DELINQUENT BALANCES
NOT PAID WITHIN 30 DAYS OF THIS INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE ADVANCE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED.
ALL DISPUTES REGARDING THIS STATEMENT MUST BE REPORTED IN WRITING TO THIS OFFICE WITHIN 20 DAYS.

# STOKES LAWRENCE, P.S.

Telephone

(206) 626-6000

A PROFESSIONAL SERVICE CORPORATION

800 Fifth Avenue, Suite 4000

Seattle, WA 98104-3179

Federal Tax ID# 91-1318835

Facsimile

(206) 464-1496

Invoice No. 78755

Invoice Date: March 15, 2007

For Services Through February 28, 2007

Jerry Hannah
Vericheck, Inc.
PO Box 241
Young Harris, GA 30582

David Lahoti v. Vericheck, Inc.
Matter No. 44516-001

| **Professional Fees** | | | Hours | Amount |
|---|---|---|---|---|
| 02/06/2007 | SMJ | Review recent cybersquatting decision with factual parallels to case | 0.20 | 62.00 |
| 02/07/2007 | SMJ | Review docket and pleadings from eStamps case; review additional UDRP and civil litigation against Lahoti re domain names and trademark infringement; finalize discovery requests and forward to client for comment | 2.40 | 744.00 |
| 02/21/2007 | SMJ | Finalize discovery requests for service | 0.20 | 62.00 |
| | | | Sub-total Fees: | 868.00 |

**Payments**

| 02/15/2007 | Payment | Ck #26752-Veri Check Inc | 5,000.00 |
|---|---|---|---|

| | |
|---|---|
| Total Current Billing: | 868.00 |
| Previous Balance: | 5,473.21 |
| Less Payment Received: | -5,000.00 |
| **Total Now Due:** | **1,341.21** |

FOR PAYMENTS BY MASTERCARD OR VISA, OR OTHER BILLING INQUIRIES, PLEASE CONTACT ACCOUNTS RECEIVABLE AT (206) 626-6000

IF YOUR BALANCE REFLECTS A TRANSFER FROM TRUST, THE TRANSFER WILL OCCUR ON THE LAST BUSINESS DAY OF THIS MONTH
UNLESS WE RECEIVE DIFFERENT INSTRUCTIONS FROM YOU
PAYMENT IS DUE UPON RECEIPT. A LATE CHARGE OF 1% PER MONTH WILL BE ADDED TO ALL DELINQUENT BALANCES
NOT PAID WITHIN 30 DAYS OF THIS INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE ADVANCE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED.
ALL DISPUTES REGARDING THIS STATEMENT MUST BE REPORTED IN WRITING TO THIS OFFICE WITHIN 20 DAYS.

# STOKES LAWRENCE, P.S.

Telephone

(206) 626-6000

A PROFESSIONAL SERVICE CORPORATION

800 Fifth Avenue, Suite 4000
Seattle, WA 98104-3179
Federal Tax ID# 91-1318835

Facsimile

(206) 464-1496

Invoice No. 79661
Invoice Date: April 9, 2007
For Services Through March 31, 2007

Jerry Hannah
Vericheck, Inc.
PO Box 241
Young Harris, GA 30582

David Lahoti v. Vericheck, Inc.
Matter No. 44516-001

| **Professional Fees** | | | Hours | Amount |
|---|---|---|---|---|
| 03/28/2007 | SMJ | Telephone call from opposing counsel re discovery responses, request for protective order; report to client | 0.40 | 124.00 |
| 03/28/2007 | MLF | Conduct online search of Whois database for list of domains hosted by Omegaworks.com | 0.40 | 70.00 |
| 03/30/2007 | SMJ | Review plaintiff's discovery responses and documents | 0.40 | 124.00 |
| | | | Sub-total Fees: | 318.00 |

| | |
|---|---|
| Total Current Billing: | 318.00 |
| Previous Balance: | 1,341.21 |
| **Total Now Due:** | **1,659.21** |

FOR PAYMENTS BY MASTERCARD OR VISA, OR OTHER BILLING INQUIRIES, PLEASE CONTACT ACCOUNTS RECEIVABLE AT (206) 626-6000

IF YOUR BALANCE REFLECTS A TRANSFER FROM TRUST, THE TRANSFER WILL OCCUR ON THE LAST BUSINESS DAY OF THIS MONTH
UNLESS WE RECEIVE DIFFERENT INSTRUCTIONS FROM YOU
PAYMENT IS DUE UPON RECEIPT. A LATE CHARGE OF 1% PER MONTH WILL BE ADDED TO ALL DELINQUENT BALANCES
NOT PAID WITHIN 30 DAYS OF THIS INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE ADVANCE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED.
ALL DISPUTES REGARDING THIS STATEMENT MUST BE REPORTED IN WRITING TO THIS OFFICE WITHIN 20 DAYS.

# STOKES LAWRENCE, P.S.

Telephone
(206) 626-6000

A PROFESSIONAL SERVICE CORPORATION
800 Fifth Avenue, Suite 4000
Seattle, WA 98104-3179
Federal Tax ID# 91-1318835

Facsimile
(206) 464-1496

Invoice No. 80527
Invoice Date: May 8, 2007
For Services Through April 30, 2007

Jerry Hannah
Vericheck, Inc.
PO Box 241
Young Harris, GA 30582

David Lahoti v. Vericheck, Inc.
Matter No. 44516-001

## Professional Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/2/2007 | SMJ | Confer with MLF re document review and analysis of domain names registered by Lahoti | 0.10 | 31.00 |
| 4/2/2007 | MLF | Confer with SMJ re defendant's discovery responses and document production, including list of domain names; research re same | 3.40 | 595.00 |
| 4/3/2007 | MLF | Continue research on list of domain names owned by plaintiff | 0.40 | 70.00 |
| 4/4/2007 | SMJ | Review plaintiff's discovery requests; e-mail to JH re same | 0.30 | 93.00 |
| 4/17/2007 | SMJ | Work on responses to discovery requests | 0.70 | 217.00 |
| 4/17/2007 | MLF | Research U.S. Patent and Trademark Office online database; create chart of domain names owned by Plaintiff that infringe on trademarks of others; begin drafting letter to D. Newman re deficiencies in Plaintiff's discovery responses | 2.50 | 437.50 |
| 4/19/2007 | MLF | Continue drafting letter of deficiencies to D. Newman | 0.30 | 52.50 |
| 4/20/2007 | SMJ | Work on discovery responses; revise letter to D. Newman re deficiencies in Plaintiff's discovery responses | 0.80 | 248.00 |
| 4/23/2007 | SMJ | Work on discovery responses | 2.50 | 775.00 |
| 4/24/2007 | SMJ | Initial draft of objections and responses to first set of document requests | 1.30 | 403.00 |

Sub-total Fees: 2,922.00

IF YOUR BALANCE REFLECTS A TRANSFER FROM TRUST, THE TRANSFER WILL OCCUR ON THE LAST BUSINESS DAY OF THIS MONTH
UNLESS WE RECEIVE DIFFERENT INSTRUCTIONS FROM YOU
PAYMENT IS DUE UPON RECEIPT. A LATE CHARGE OF 1% PER MONTH WILL BE ADDED TO ALL DELINQUENT BALANCES
NOT PAID WITHIN 30 DAYS OF THIS INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE ADVANCE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED.
ALL DISPUTES REGARDING THIS STATEMENT MUST BE REPORTED IN WRITING TO THIS OFFICE WITHIN 20 DAYS.

| | |
|---|---:|
| Interest Due on Past Due Balances: | 13.06 |
| Total Current Billing: | 2,935.06 |
| Previous Balance: | 1,659.21 |
| **Total Now Due:** | 4,594.27 |

FOR PAYMENTS BY MASTERCARD OR VISA, OR OTHER BILLING INQUIRIES, PLEASE CONTACT ACCOUNTS RECEIVABLE AT (206) 626-6000

IF YOUR BALANCE REFLECTS A TRANSFER FROM TRUST, THE TRANSFER WILL OCCUR ON THE LAST BUSINESS DAY OF THIS MONTH
UNLESS WE RECEIVE DIFFERENT INSTRUCTIONS FROM YOU
PAYMENT IS DUE UPON RECEIPT. A LATE CHARGE OF 1% PER MONTH WILL BE ADDED TO ALL DELINQUENT BALANCES
NOT PAID WITHIN 30 DAYS OF THIS INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE ADVANCE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED.
ALL DISPUTES REGARDING THIS STATEMENT MUST BE REPORTED IN WRITING TO THIS OFFICE WITHIN 20 DAYS.

# STOKES LAWRENCE, P.S.

Telephone
(206) 626-6000

A PROFESSIONAL SERVICE CORPORATION
800 Fifth Avenue, Suite 4000
Seattle, WA 98104-3179
Federal Tax ID# 91-1318835

Facsimile
(206) 464-1496

Invoice No. 81428
Invoice Date: June 18, 2007
For Services Through May 31, 2007

Jerry Hannah
Vericheck, Inc.
PO Box 241
Young Harris, GA 30582

David Lahoti v. Vericheck, Inc.
Matter No. 44516-001

## Professional Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/2007 | AJZ | Prepare and label documents for production. Completed document V0001 - V0299. Printed website | 0.70 | 77.00 |
| 05/01/2007 | SMJ | Telephone conference with J. Hannah, incorporate additional information into discovery responses; supervise preparation of documents for production | 2.50 | 775.00 |
| 05/01/2007 | MLF | Draft supplemental requests for production of documents to Plaintiff | 0.40 | 70.00 |
| 05/02/2007 | SMJ | Continue to revise discovery responses; review letter from plaintiff's counsel re plaintiff's discovery responses | 2.10 | 651.00 |
| 05/03/2007 | AJZ | Label documents for production. Completed document V300 -V0336. Redacted documents | 0.20 | 22.00 |
| 05/03/2007 | SMJ | Follow up with client re discovery responses; conference with AZ re documents; finalize objections | 0.30 | 93.00 |
| 05/04/2007 | SMJ | Revise and finalize discovery responses, communications with client re same | 1.30 | 403.00 |
| 05/08/2007 | SMJ | Review and revise supplemental document request to Lahoti | 0.20 | 62.00 |
| 05/10/2007 | SMJ | Voice mail from opposing counsel requesting stipulated request to move deadline for discovery motions; e-mail to client re same and re other discovery issues; review letter from opposing counsel re discovery responses and begin to draft response to same | 1.70 | 527.00 |
| 05/11/2007 | SMJ | Telephone conference with J. Hannah, finalize letter to opposing counsel re discovery responses; review discovery requests received from plaintiff | 0.90 | 279.00 |

IF YOUR BALANCE REFLECTS A TRANSFER FROM TRUST, THE TRANSFER WILL OCCUR ON THE LAST BUSINESS DAY OF THIS MONTH
UNLESS WE RECEIVE DIFFERENT INSTRUCTIONS FROM YOU
PAYMENT IS DUE UPON RECEIPT. A LATE CHARGE OF 1% PER MONTH WILL BE ADDED TO ALL DELINQUENT BALANCES
NOT PAID WITHIN 30 DAYS OF THIS INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE ADVANCE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED.
ALL DISPUTES REGARDING THIS STATEMENT MUST BE REPORTED IN WRITING TO THIS OFFICE WITHIN 20 DAYS.

| 05/14/2007 | SMJ | E-mail to J. Hannah re discovery requests; review order denying request to extend deadline for discovery motions; telephone call from R. Moeller re same; outline motion for summary judgment | 1.40 | 434.00 |
|---|---|---|---|---|
| 05/15/2007 | SMJ | Review Motion to compel and supporting declaration; consider compromise production of information and documents; e-mail to J. Hannah re same | 0.60 | 186.00 |
| 05/24/2007 | SMJ | Draft opposition to motion to compel, and supporting declarations; telephone conferences with with opposing counsel and with Jerry Hannah | 4.90 | 1,519.00 |
| 05/25/2007 | SMJ | Communications with client and opposing counsel re filing; revise declarations and supervise filing of same | 1.00 | 310.00 |

Sub-total Fees: 5,408.00

Interest Due on Past Due Balances: 16.24
Total Current Billing: 5,424.24
Previous Balance: 4,594.27

**Total Now Due:** 10,018.51

FOR PAYMENTS BY MASTERCARD OR VISA, OR OTHER BILLING INQUIRIES, PLEASE CONTACT ACCOUNTS RECEIVABLE AT (206) 626-6000

IF YOUR BALANCE REFLECTS A TRANSFER FROM TRUST, THE TRANSFER WILL OCCUR ON THE LAST BUSINESS DAY OF THIS MONTH
UNLESS WE RECEIVE DIFFERENT INSTRUCTIONS FROM YOU
PAYMENT IS DUE UPON RECEIPT. A LATE CHARGE OF 1% PER MONTH WILL BE ADDED TO ALL DELINQUENT BALANCES
NOT PAID WITHIN 30 DAYS OF THIS INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE ADVANCE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED.
ALL DISPUTES REGARDING THIS STATEMENT MUST BE REPORTED IN WRITING TO THIS OFFICE WITHIN 20 DAYS.

# STOKES LAWRENCE, P.S.

Telephone
(206) 626-6000

A PROFESSIONAL SERVICE CORPORATION
800 Fifth Avenue, Suite 4000
Seattle, WA 98104-3179
Federal Tax ID# 91-1318835

Facsimile
(206) 464-1496

Invoice No. 82309
Invoice Date: July 13, 2007
For Services Through ~~July 13,~~ 2007
*June 30*

Jerry Hannah
Vericheck, Inc.
PO Box 241
Young Harris, GA 30582

David Lahoti v. Vericheck, Inc.
Matter No. 44516-001

| Professional Fees | | | Hours | Amount |
|---|---|---|---|---|
| 06/01/2007 | SMJ | Review Lahoti reply brief re motion to compel, forward to J. Hannah | 0.20 | 62.00 |
| 06/05/2007 | SMJ | E-mail to J. Hannah following up on requests for documents and information responsive to motion to compel, and to supplemental discovery requests | 0.20 | 62.00 |
| 06/07/2007 | SMJ | Telephone call from J. Hannah re discovery materials; review USAePay website and generate revenue table from same; review additional information provided by J. Hannah and draft supplental discovery responses. Review supplemental discovery response from Lahoti | 1.50 | 465.00 |
| 06/11/2007 | SMJ | Telephone conference with J. Hannah; finalize discovery responses | 0.30 | 93.00 |
| 06/27/2007 | SMJ | Review order denying motion to compel; e-mail to J. Hannah re same and querying re summary judgment motion | 0.20 | 62.00 |
| 06/28/2007 | MLF | Review court filing notice; file management re court's order denying Plaintiff's motion to compel | 0.20 | 35.00 |
| | | Sub-total Fees: | | 779.00 |

IF YOUR BALANCE REFLECTS A TRANSFER FROM TRUST, THE TRANSFER WILL OCCUR ON THE LAST BUSINESS DAY OF THIS MONTH
UNLESS WE RECEIVE DIFFERENT INSTRUCTIONS FROM YOU
PAYMENT IS DUE UPON RECEIPT. A LATE CHARGE OF 1% PER MONTH WILL BE ADDED TO ALL DELINQUENT BALANCES
NOT PAID WITHIN 30 DAYS OF THIS INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE ADVANCE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED.
ALL DISPUTES REGARDING THIS STATEMENT MUST BE REPORTED IN WRITING TO THIS OFFICE WITHIN 20 DAYS.

|  |  |
|---|---|
| Interest Due on Past Due Balances: | 45.46 |
| Total Current Billing: | 824.46 |
| Previous Balance: | 10,018.51 |
| **Total Now Due:** | 10,842.97 |

FOR PAYMENTS BY MASTERCARD OR VISA, OR OTHER BILLING INQUIRIES, PLEASE CONTACT ACCOUNTS RECEIVABLE AT (206) 626-6000

IF YOUR BALANCE REFLECTS A TRANSFER FROM TRUST, THE TRANSFER WILL OCCUR ON THE LAST BUSINESS DAY OF THIS MONTH
UNLESS WE RECEIVE DIFFERENT INSTRUCTIONS FROM YOU
PAYMENT IS DUE UPON RECEIPT. A LATE CHARGE OF 1% PER MONTH WILL BE ADDED TO ALL DELINQUENT BALANCES
NOT PAID WITHIN 30 DAYS OF THIS INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE ADVANCE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED.
ALL DISPUTES REGARDING THIS STATEMENT MUST BE REPORTED IN WRITING TO THIS OFFICE WITHIN 20 DAYS.

# STOKES LAWRENCE, P.S.

A PROFESSIONAL SERVICE CORPORATION

800 Fifth Avenue, Suite 4000
Seattle, WA 98104-3179
Federal Tax ID# 91-1318835

Telephone
(206) 626-6000

Facsimile
(206) 464-1496

Invoice No. 83803
Invoice Date: August 28, 2007
For Services Through July 31, 2007

Jerry Hannah
Vericheck, Inc.
PO Box 241
Young Harris, GA 30582

David Lahoti v. Vericheck, Inc.
Matter No. 44516-001

| Professional Fees | | | Hours | Amount |
|---|---|---|---|---|
| 07/02/2007 | SMJ | Consider issues for motion for summary judgment; provide instructions to MLF re first draft; e-mail correspondence with J. Hannah; draft declarations for Ben Goretsky and J. Hannah; review PTO trademark records re VERICHECK marks, telephone call to J. Hannah. | 2.90 | 899.00 |
| 07/02/2007 | MLF | Continue drafting motion for summary judgment; revise and begin gathering exhibits/information needed to complete supporting declarations | 4.40 | 770.00 |
| 07/03/2007 | SMJ | Work on declarations and motion; conference with MLF re same | 1.50 | 465.00 |
| 07/03/2007 | MLF | Continue gathering exhibits to supporting declarations; revisions to same | 1.70 | 297.50 |
| 07/05/2007 | SMJ | Continue to work on summary judgment motion | 1.10 | 341.00 |
| 07/05/2007 | MLF | Search WHOIS registration information for <cinnabun.com>, <e-faxes.com>, <danielhill.com>, and <pnconsulting.com> and related website content | 0.30 | 52.50 |
| 07/09/2007 | SMJ | Work on summary judgment motion; review Goretsky declaration; review and revise Hannah and Jost declarations and work with MLF to identify and prepare exhibits | 4.10 | 1,271.00 |
| 07/09/2007 | MLF | Revise Goretsky declaration; forward to J. Hannah, along with request for signed Hannah declaration; further communications with client re same | 0.50 | 87.50 |
| 07/10/2007 | SMJ | Finalize summary judgment brief and declarations; review and revise proposed order | 3.50 | 1,085.00 |

IF YOUR BALANCE REFLECTS A TRANSFER FROM TRUST, THE TRANSFER WILL OCCUR ON THE LAST BUSINESS DAY OF THIS MONTH
UNLESS WE RECEIVE DIFFERENT INSTRUCTIONS FROM YOU
PAYMENT IS DUE UPON RECEIPT. A LATE CHARGE OF 1% PER MONTH WILL BE ADDED TO ALL DELINQUENT BALANCES
NOT PAID WITHIN 30 DAYS OF THIS INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE ADVANCE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED.
ALL DISPUTES REGARDING THIS STATEMENT MUST BE REPORTED IN WRITING TO THIS OFFICE WITHIN 20 DAYS.

| | | | | |
|---|---|---|---|---|
| 07/10/2007 | MLF | Continue gathering exhibits to Jost declaration supporting summary judgment motion; draft proposed order | 0.50 | 87.50 |
| 07/11/2007 | SMJ | Final revisions to motion and declarations; draft motion for confidential treatment of list of domain names produced by Lahoti; begin to review motion for summary judgment filed by Lahoti, and supporting declarations | 4.10 | 1,271.00 |
| 07/11/2007 | MLF | Final preparation and filing of motion for summary judgment and related declarations; draft proposed order re motion for confidential treatment/sealed documents | 0.60 | 105.00 |
| 07/12/2007 | SMJ | Continue to review Lahoti motion for summary judgment and supporting declarations; outline points for respose and declarations | 1.90 | 589.00 |
| 07/12/2007 | MLF | Docket noting date of motion to file document under seal and motion for summary judgment; docket deadlines to file opposition and reply (if any) to motion for summary judgment; review court notice resetting noting date of motion to file document under seal; update docket accordingly, including deadline for Plaintiff to file opposition to motion | 0.40 | 70.00 |
| 07/17/2007 | SMJ | Outline declarations for opposition to summary judgment motion; e-mail to J. Hannah re same | 0.30 | 93.00 |
| 07/19/2007 | SMJ | Work on opposition brief and supporting declarations; review Moeller declaration and conference with MLF re short request for confidential treatment | 0.80 | 248.00 |
| 07/20/2007 | SMJ | Work on opposition brief and declarations, review and revise statement re confidential documents | 0.60 | 186.00 |
| 07/20/2007 | MLF | Docket noting date of Plaintiff's motion to file documents under seal and related deadlines; draft statement by Defendant requesting confidential treatment of documents | 0.40 | 70.00 |
| 07/23/2007 | SMJ | Work on opposition brief and declarations; review and analyze exhibits cited by Lahoti; e-mail correspondence with J. Hannah re response and declarations | 4.20 | 1,302.00 |
| 07/23/2007 | MLF | Revise Vericheck's statement concerning confidential treatment of documents; revise third Hannah declaration to include section concerning same | 0.50 | 87.50 |
| 07/24/2007 | SMJ | Continue to work on opposition brief and declarations; various emails with client and with C. Smith re same; review additional exhibits | 3.70 | 1,147.00 |
| 07/24/2007 | MLF | Draft declaration of Vericheck's computer programmer; review/proofread statement concerning confidential treatment of documents and third Hanna declaration | 0.30 | 52.50 |

IF YOUR BALANCE REFLECTS A TRANSFER FROM TRUST, THE TRANSFER WILL OCCUR ON THE LAST BUSINESS DAY OF THIS MONTH
UNLESS WE RECEIVE DIFFERENT INSTRUCTIONS FROM YOU
PAYMENT IS DUE UPON RECEIPT. A LATE CHARGE OF 1% PER MONTH WILL BE ADDED TO ALL DELINQUENT BALANCES
NOT PAID WITHIN 30 DAYS OF THIS INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE ADVANCE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED.
ALL DISPUTES REGARDING THIS STATEMENT MUST BE REPORTED IN WRITING TO THIS OFFICE WITHIN 20 DAYS.

| | | | | |
|---|---|---|---|---|
| 07/25/2007 | AJZ | Printed trademark registrations | 0.10 | 11.00 |
| 07/25/2007 | SMJ | Revise summary judgment opposition brief and declarations; e-mail with client re same | 4.60 | 1,426.00 |
| 07/25/2007 | MLF | Opposition brief and cites to declarations; revisions to gather exhibits to third Jost declaration; revise Jost declaration and statement concerning confidential treatment of documents | 1.30 | 227.50 |
| 07/26/2007 | SMJ | Finalize brief and declarations | 1.10 | 341.00 |
| 07/26/2007 | MLF | Final review of opposition brief; preparations re filing of brief, supporting declarations, and statement of confidential treatment of documents | 0.80 | 140.00 |
| 07/27/2007 | SMH | Review cross motions for summary judgment; review opposition to summary judgment | 1.00 | 290.00 |
| 07/31/2007 | SMJ | Review Lahoti pleadings, work on reply brief, legal research re same | 4.50 | 1,395.00 |
| 07/31/2007 | MLF | Review response to motion for summary judgment and supporting declarations filed by Plaintiff; file management; e-mail to client reporting same | 0.70 | 122.50 |

Sub-total Fees:    14,530.00

**Payments**

| | | | |
|---|---|---|---|
| 07/16/2007 | Payment | Vericheck, Inc. Ck# 26800 | 10,016.00 |

Total Current Billing:    14,530.00
Previous Balance:    10,842.97
Less Payment Received:    -10,016.00
**Total Now Due:**    **15,356.97**

FOR PAYMENTS BY MASTERCARD OR VISA, OR OTHER BILLING INQUIRIES, PLEASE CONTACT ACCOUNTS RECEIVABLE AT (206) 626-6000

IF YOUR BALANCE REFLECTS A TRANSFER FROM TRUST, THE TRANSFER WILL OCCUR ON THE LAST BUSINESS DAY OF THIS MONTH
UNLESS WE RECEIVE DIFFERENT INSTRUCTIONS FROM YOU
PAYMENT IS DUE UPON RECEIPT. A LATE CHARGE OF 1% PER MONTH WILL BE ADDED TO ALL DELINQUENT BALANCES
NOT PAID WITHIN 30 DAYS OF THIS INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE ADVANCE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED.
ALL DISPUTES REGARDING THIS STATEMENT MUST BE REPORTED IN WRITING TO THIS OFFICE WITHIN 20 DAYS.

# STOKES LAWRENCE, P.S.

Telephone
(206) 626-6000

A PROFESSIONAL SERVICE CORPORATION
800 Fifth Avenue, Suite 4000
Seattle, WA 98104-3179
Federal Tax ID# 91-1318835

Facsimile
(206) 464-1496

Invoice No. 84506
Invoice Date: September 21, 2007
For Services Through August 31, 2007

Jerry Hannah
Vericheck, Inc.
PO Box 241
Young Harris, GA 30582

David Lahoti v. Vericheck, Inc.
Matter No. 44516-001

## Professional Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 08/01/2007 | SMJ | Finalize reply brief, legal research re same | 1.90 | 589.00 |
| 08/01/2007 | SMH | Emails with SMJ re summary judgment reply brief; review and revise same | 0.70 | 203.00 |
| 08/01/2007 | MLF | Review court Order denying motion to file under seal | 0.10 | 17.50 |
| 08/02/2007 | SMH | Confer with MXB re case citation issues; emails re settlement conference and other upcoming issues | 0.20 | 58.00 |
| 08/02/2007 | MXB | Check and edit citations in reply in support of summary judgment | 0.50 | 110.00 |
| 08/02/2007 | MLF | Voice mail from assistant to Plaintiff's counsel re scheduling settlement conference; assist AMM re scheduling of same; review e-mail from client requesting clarification on documents not sealed, per recent court order | 0.40 | 70.00 |
| 08/03/2007 | SMJ | Review Lahoti reply brief and declaration | 0.40 | 124.00 |
| 08/04/2007 | SMH | Review reply filed by opposing party | 0.30 | 87.00 |
| 08/09/2007 | MLF | Phone call from J. Hannah re cite to Vericheck's previous business name in filed documents; e-mail to SMJ re same | 0.10 | 17.50 |
| 08/10/2007 | SMJ | Review e-mail correspondence with J. Hannah re corporate name history; settlement conference with D. Newman; report to client re same | 0.80 | 248.00 |
| 08/10/2007 | MLF | Review e-mail from client providing certificate of name change for Vericheck, Inc.; confer with SMJ; E-mail to client requesting in writing explanation of error made in declaration; phone conference with client confirming receipt of certificate of name change | 0.40 | 70.00 |

IF YOUR BALANCE REFLECTS A TRANSFER FROM TRUST, THE TRANSFER WILL OCCUR ON THE LAST BUSINESS DAY OF THIS MONTH
UNLESS WE RECEIVE DIFFERENT INSTRUCTIONS FROM YOU
PAYMENT IS DUE UPON RECEIPT. A LATE CHARGE OF 1% PER MONTH WILL BE ADDED TO ALL DELINQUENT BALANCES
NOT PAID WITHIN 30 DAYS OF THIS INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE ADVANCE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED.
ALL DISPUTES REGARDING THIS STATEMENT MUST BE REPORTED IN WRITING TO THIS OFFICE WITHIN 20 DAYS.

| | | | | |
|---|---|---|---|---|
| 08/13/2007 | SMJ | Review information re Vericheck name change; e-mail with J. Hannah re same | 0.30 | 93.00 |
| 08/13/2007 | MLF | E-mail from client re reference to change of corporate name; confer with SMJ | 0.20 | 35.00 |
| 08/14/2007 | SMJ | Conference with MLF re 4th Hannah declaration, provide instructions re same | 0.30 | 93.00 |
| 08/14/2007 | MLF | Draft fourth Hannah declaration; conference with SMJ and phone call with client re same; revise declaration; follow up e-mail to client re same | 1.50 | 262.50 |
| 08/15/2007 | MLF | Voice mail from SMJ; Second follow up to client re signing 4th declaration; phone conference with client re same; voice mail to SMJ re client's instructions re conference with Plaintiff | 0.30 | 52.50 |
| 08/16/2007 | MLF | Assist with electronic filing of fourth Hannah declaration | 0.30 | 52.50 |
| 08/21/2007 | SMJ | Review correspondence from Lahoti's counsel re mediation; e-mail to J. Hannah re same and re upcoming case schedule; review plaintiff's pretrial statement | 0.60 | 186.00 |
| 08/22/2007 | SMJ | Provide instructions to AMM re defendant's pretrial statement; begin to outline and prepare for oral argument re summary judgment | 0.20 | 62.00 |
| 08/23/2007 | SMJ | Telephone conference with J. Hannah re case status and schedule; letter to opposing counsel re mediation | 0.30 | 93.00 |
| 08/24/2007 | SMJ | Confer with AMM re pretrial statement; continue to outline argument and select exhibits for use at hearing | 0.30 | 93.00 |
| 08/27/2007 | SMJ | Correspondence from plaintiff's counsel; review and revise pretrial statement; prepare for summary judgment oral argument | 1.40 | 434.00 |
| 08/27/2007 | MLF | Review docket and court's minute order; confirm pretrial deadlines; e-mail to SMJ re same | 0.30 | 52.50 |
| 08/28/2007 | SMJ | Prepare for summary judgment oral argument | 4.60 | 1,426.00 |
| 08/29/2007 | SMJ | Prepare for and conduct oral argument re cross summary judgment motions, report to client re same; continue to draft pretrial statement | 2.80 | 868.00 |
| 08/30/2007 | SMJ | Finalize pretrial statement, exhibit lists; outline MIL re excluding purported evidence of third party use of related marks | 2.10 | 651.00 |
| 08/31/2007 | SMJ | Finalize pretrial statement; correspondence with opposing counsel; review order granting in part Vericheck's motion for summary judgment and denying Lahoti's motion; outline trial brief | 1.40 | 434.00 |

Sub-total Fees:        6,482.00

IF YOUR BALANCE REFLECTS A TRANSFER FROM TRUST, THE TRANSFER WILL OCCUR ON THE LAST BUSINESS DAY OF THIS MONTH
UNLESS WE RECEIVE DIFFERENT INSTRUCTIONS FROM YOU
PAYMENT IS DUE UPON RECEIPT. A LATE CHARGE OF 1% PER MONTH WILL BE ADDED TO ALL DELINQUENT BALANCES
NOT PAID WITHIN 30 DAYS OF THIS INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE ADVANCE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED.
ALL DISPUTES REGARDING THIS STATEMENT MUST BE REPORTED IN WRITING TO THIS OFFICE WITHIN 20 DAYS.

**Payments**

| 07/16/2007 | Payment | Vericheck, Inc. Ck# 26800 | 10,016.00 |
| 09/21/2007 | Write-off | Write off interest | 2.51 |

| | |
|---|---:|
| Interest Due on Past Due Balances: | 7.79 |
| Total Current Billing: | 6,489.79 |
| Previous Balance: | 25,372.97 |
| Less Payment Received: | -10,018.51 |
| **Total Now Due:** | **21,844.25** |

FOR PAYMENTS BY MASTERCARD OR VISA, OR OTHER BILLING INQUIRIES, PLEASE CONTACT ACCOUNTS RECEIVABLE AT (206) 626-6000

IF YOUR BALANCE REFLECTS A TRANSFER FROM TRUST, THE TRANSFER WILL OCCUR ON THE LAST BUSINESS DAY OF THIS MONTH
UNLESS WE RECEIVE DIFFERENT INSTRUCTIONS FROM YOU
PAYMENT IS DUE UPON RECEIPT. A LATE CHARGE OF 1% PER MONTH WILL BE ADDED TO ALL DELINQUENT BALANCES
NOT PAID WITHIN 30 DAYS OF THIS INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE ADVANCE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED.
ALL DISPUTES REGARDING THIS STATEMENT MUST BE REPORTED IN WRITING TO THIS OFFICE WITHIN 20 DAYS.

# STOKES LAWRENCE, P.S.

A PROFESSIONAL SERVICE CORPORATION
800 Fifth Avenue, Suite 4000
Seattle, WA 98104-3179
Federal Tax ID# 91-1318835

Invoice No. 85325
Invoice Date: October 18, 2007
For Services Through September 30, 2007

Jerry Hannah
Vericheck, Inc.
PO Box 241
Young Harris, GA 30582

David Lahoti v. Vericheck, Inc.
Matter No. 44516-001

**Professional Fees**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/04/2007 | SMJ | Telephone call from counsel for Lahoti; e-mail to client re same | 0.20 | 62.00 |
| 09/05/2007 | SMJ | E-mail with opposing counsel re proposed stipulation, mediation schedule | 0.10 | 31.00 |
| 09/07/2007 | MLF | Assist with docketing of revised pretrial deadlines and trial date | 0.30 | 52.50 |
| 09/17/2007 | SMJ | Review Lahoti motion for partial reconsideration of summary judgment decision; e-mail to JH with same | 0.30 | 93.00 |
| 09/18/2007 | SMJ | Review order re Lahoti motion for reconsideration; misc communications re arranging mediation | 0.30 | 93.00 |
| 09/20/2007 | SMJ | Review mediation materials provided by P. Cutler; e-mail to J. Hannah re same; begin to work on mediation statement | 0.70 | 217.00 |
| 09/21/2007 | SMJ | Continue to work on mediation materials and pretrial statement; review correspondence and amended pretrial statement from Lahoti; communications re mediation schedule | 0.60 | 186.00 |
| 09/21/2007 | MLF | Assist AMM with docketing mediation deadlines | 0.30 | 52.50 |
| 09/25/2007 | SMJ | Continue to draft meditation statement | 0.50 | 155.00 |
| 09/26/2007 | SMJ | Work with AMM re exhibits; revise pretrial statement; correspondence and e-mail with opposing counsel re pretrial issues and mediation; work on mediation letter | 3.30 | 1,023.00 |
| 09/27/2007 | SMJ | Revise pretrial statement; prepare for call with opposing counsel | 0.60 | 186.00 |
| 09/28/2007 | SMJ | Finalize mediation letters and pretrial statement, telephone conference with J. Hannah re mediation; telephone conference with opposing counsel re pretrial issues; finalize amended | 2.70 | 837.00 |

IF YOUR BALANCE REFLECTS A TRANSFER FROM TRUST, THE TRANSFER WILL OCCUR ON THE LAST BUSINESS DAY OF THIS MONTH
UNLESS WE RECEIVE DIFFERENT INSTRUCTIONS FROM YOU
PAYMENT IS DUE UPON RECEIPT. A LATE CHARGE OF 1% PER MONTH WILL BE ADDED TO ALL DELINQUENT BALANCES
NOT PAID WITHIN 30 DAYS OF THIS INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE ADVANCE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED.
ALL DISPUTES REGARDING THIS STATEMENT MUST BE REPORTED IN WRITING TO THIS OFFICE WITHIN 20 DAYS.

pretrial statement; review Lahoti's mediation statement

| | | | Sub-total Fees: | 2,988.00 |
|---|---|---|---|---|

## Expenses

| | | | | |
|---|---|---|---|---|
| 09/01/2007 | Orange Cab Company | SMJ cab fare | | 5.70 |
| | | | Sub-total Expenses: | 5.70 |

## Trust Account

| | | | | |
|---|---|---|---|---|
| | | | 5,000.00 | |
| 10/01/2007 | | mediation fees our half | -3,000.00 | |
| 10/11/2007 | | Cutler Nylander Refund Ck # 2209 | 705.75 | |
| | | Ending Balance: | 2,705.75 | |

## Payments

| | | | | |
|---|---|---|---|---|
| 10/03/2007 | Payment | Veri check Ck #26850 | 5,000.00 | |

| | |
|---|---|
| Interest Due on Past Due Balances: | 103.54 |
| Total Current Billing: | 3,097.24 |
| Previous Balance: | 21,844.25 |
| Less Payment Received: | -5,000.00 |
| **Total Now Due:** | **19,941.49** |

FOR PAYMENTS BY MASTERCARD OR VISA, OR OTHER BILLING INQUIRIES, PLEASE CONTACT ACCOUNTS RECEIVABLE AT (206) 626-6000

IF YOUR BALANCE REFLECTS A TRANSFER FROM TRUST, THE TRANSFER WILL OCCUR ON THE LAST BUSINESS DAY OF THIS MONTH
UNLESS WE RECEIVE DIFFERENT INSTRUCTIONS FROM YOU
PAYMENT IS DUE UPON RECEIPT. A LATE CHARGE OF 1% PER MONTH WILL BE ADDED TO ALL DELINQUENT BALANCES
NOT PAID WITHIN 30 DAYS OF THIS INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE ADVANCE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED.
ALL DISPUTES REGARDING THIS STATEMENT MUST BE REPORTED IN WRITING TO THIS OFFICE WITHIN 20 DAYS.

# STOKES LAWRENCE, P.S.

Telephone
(206) 626-6000

A PROFESSIONAL SERVICE CORPORATION
800 Fifth Avenue, Suite 4000
Seattle, WA 98104-3179
Federal Tax ID# 91-1318835

Facsimile
(206) 464-1496

Invoice No. 86332
Invoice Date: November 20, 2007
For Services Through October 31, 2007

Jerry Hannah
Vericheck, Inc.
PO Box 241
Young Harris, GA 30582

David Lahoti v. Vericheck, Inc.
Matter No. 44516-001

## Professional Fees

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/01/2007 | SMJ | Telephone call from Phil Cutler re mediation, case history; review Lahoti motions in limine; prepare for mediation | 1.80 | 558.00 |
| 10/02/2007 | SMJ | Prepare for and participate in mediation | 6.50 | 2,015.00 |
| 10/08/2007 | SMJ | Work on trial brief and opposition to Lahoti motions in limine | 0.80 | 248.00 |
| 10/09/2007 | MLF | Conference with SMJ re preparation of trial brief | 0.10 | 17.50 |
| 10/11/2007 | SMJ | Telephone call from counsel for Lahoti re proposed motions; e-mail to J. Hannah re same; work on opposition to motion in limine | 0.70 | 217.00 |
| 10/11/2007 | MLF | Work on trial brief | 1.30 | 227.50 |
| 10/14/2007 | SMJ | Work on opposition to Vericheck motion in limine; legal research in connection with same | 1.50 | 465.00 |
| 10/15/2007 | SMJ | Finalize opposition to Lahoti's motion in limine; telephone call from P. Cutler re status of settlement discussions/mediation follow-up | 2.30 | 713.00 |
| 10/15/2007 | MLF | Continue working on trial brief | 0.40 | 70.00 |
| 10/16/2007 | SMJ | Work on trial brief; review Lahoti motion for relief from deadlines and supporting declaration; e-mail to client re same; outline response | 1.50 | 465.00 |
| 10/17/2007 | SMJ | Review document from J. Hannah re GLA, Inc.; research re same; continue to work on opposition and trial briefs | 3.10 | 961.00 |
| 10/18/2007 | SMJ | Review and revise final version of pretrial report, forward changes to opposing counsel; work on opposition brief; limited | 2.40 | 744.00 |

IF YOUR BALANCE REFLECTS A TRANSFER FROM TRUST, THE TRANSFER WILL OCCUR ON THE LAST BUSINESS DAY OF THIS MONTH
UNLESS WE RECEIVE DIFFERENT INSTRUCTIONS FROM YOU
PAYMENT IS DUE UPON RECEIPT. A LATE CHARGE OF 1% PER MONTH WILL BE ADDED TO ALL DELINQUENT BALANCES
NOT PAID WITHIN 30 DAYS OF THIS INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE ADVANCE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED.
ALL DISPUTES REGARDING THIS STATEMENT MUST BE REPORTED IN WRITING TO THIS OFFICE WITHIN 20 DAYS.

legal research re same

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/19/2007 | SMJ | Work on briefs; outline interview questions and telephone call to F. Pang of GLA, Inc.; review Lahoti reply and declaration re motion in limine | 3.60 | 1,116.00 |
| 10/22/2007 | SMJ | Review and revise brief and supporting declaration; review subpoena issued re J. Hannah; follow-up call to F. Pang | 1.10 | 341.00 |
| 10/22/2007 | MXB | Check and edit citations in opposition to relief from deadlines | 0.40 | 88.00 |
| 10/25/2007 | SMJ | Work on witness materials for trial; trial brief; opening statement; review Lahoti reply brief re motion for relief from deadlines | 2.80 | 868.00 |
| 10/26/2007 | SMJ | Prepare for Pretrial conference | 0.30 | 93.00 |
| 10/28/2007 | SMJ | Work on trial brief, witness materials; prepare for pretrial conference and argument re pending motions | 1.70 | 527.00 |
| 10/29/2007 | SMJ | Work on trial materials; prepare for and attend pretrial conference; report to client re same and re upcoming steps; telephone conferences with J. Hannah re pretrial conference, trial preparation, settlement strategy; telephone calls with J. du Wors re scheduling; letter to counsel with settlement proposal | 6.20 | 1,922.00 |
| 10/30/2007 | SMJ | Work on trial brief, findings of fact/conclusions of law; correspondence with opposing counsel and with J. Hannah re discovery, settlement | 6.70 | 2,077.00 |
| 10/31/2007 | SMJ | Work on trial materials and brief; telephone conference with J. Hannah and communications with opposing counsel re depositions, witnesses, exhibits; e-mail to J. Hannah with details of testimony and trial preparation; telephone call from Brandon Davidson, counsel for Franklin Pang of GLA, Inc. re case status and relevance, if any, of GLA, Inc | 6.90 | 2,139.00 |
| 10/31/2007 | MXB | Check and edit citations in Trial Brief | 1.00 | 220.00 |

Sub-total Fees:    16,092.00

**Payments**

11/09/2007    Payment                                          15,000.00

| | |
|---|---|
| Interest Due on Past Due Balances: | 48.38 |
| Total Current Billing: | 16,140.38 |
| Previous Balance: | 19,941.49 |
| Less Payment Received: | -15,000.00 |
| **Total Now Due:** | **21,081.87** |

FOR PAYMENTS BY MASTERCARD OR VISA, OR OTHER BILLING INQUIRIES, PLEASE CONTACT ACCOUNTS RECEIVABLE AT (206) 626-6000

IF YOUR BALANCE REFLECTS A TRANSFER FROM TRUST, THE TRANSFER WILL OCCUR ON THE LAST BUSINESS DAY OF THIS MONTH
UNLESS WE RECEIVE DIFFERENT INSTRUCTIONS FROM YOU
PAYMENT IS DUE UPON RECEIPT. A LATE CHARGE OF 1% PER MONTH WILL BE ADDED TO ALL DELINQUENT BALANCES
NOT PAID WITHIN 30 DAYS OF THIS INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE ADVANCE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED.
ALL DISPUTES REGARDING THIS STATEMENT MUST BE REPORTED IN WRITING TO THIS OFFICE WITHIN 20 DAYS.

# STOKES LAWRENCE, P.S.

Telephone
(206) 626-6000

A PROFESSIONAL SERVICE CORPORATION
800 Fifth Avenue, Suite 4000
Seattle, WA 98104-3179
Federal Tax ID# 91-1318835

Facsimile
(206) 464-1496

Invoice No. 87080
Invoice Date: December 14, 2007
For Services Through November 30, 2007

Jerry Hannah
Vericheck, Inc.
PO Box 241
Young Harris, GA 30582

David Lahoti v. Vericheck, Inc.
Matter No. 44516-001

## Professional Fees

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/01/2007 | SMJ | Finalize trial brief; conference with MXB re citechecking; work on witness preparation; telephone call from counsel for Franklin Pang; communicate with J. Hannah re witnesses; review Lahoti trial brief; work on findings of fact and conclusions of law | 5.90 | 1,829.00 |
| 11/01/2007 | MXB | Additional edits to trial brief, prepare for table of authorities | 1.20 | 264.00 |
| 11/02/2007 | SMJ | Finalize findings of fact/conclusions of law; continue to review Lahoti's trial brief; work on trial materials; review exhibits and facts with Jerry Hannah | 7.00 | 2,170.00 |
| 11/03/2007 | SMJ | Work on witness materials | 1.10 | 341.00 |
| 11/04/2007 | SMJ | Work on trial materials; work on closing argument | 6.90 | 2,139.00 |
| 11/05/2007 | SMJ | Continue to prepare for trial; prepare for and defend Hannah deposition; work on closing argument and slides for same | 12.50 | 3,875.00 |
| 11/06/2007 | SMJ | Prepare for and participate in trial; review and revise closing argument and Lahoti exam re exceptional circumstances, grounds for statutory damages | 11.00 | 3,410.00 |
| 11/07/2007 | SMJ | Preparation for and closing arguments, completion of trial | 4.00 | 1,240.00 |
| 11/08/2007 | SMJ | Review Court-issued trial witness and exhibit lists | 0.20 | 62.00 |
| | | Sub-total Fees: | | 15,330.00 |

## Expenses

| Date | | | Amount |
|---|---|---|---|
| 11/01/2007 | West Payment Center | Miscellaneous costs - Westlaw Computer Research | 63.83 |

IF YOUR BALANCE REFLECTS A TRANSFER FROM TRUST, THE TRANSFER WILL OCCUR ON THE LAST BUSINESS DAY OF THIS MONTH
UNLESS WE RECEIVE DIFFERENT INSTRUCTIONS FROM YOU
PAYMENT IS DUE UPON RECEIPT. A LATE CHARGE OF 1% PER MONTH WILL BE ADDED TO ALL DELINQUENT BALANCES
NOT PAID WITHIN 30 DAYS OF THIS INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE ADVANCE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED.
ALL DISPUTES REGARDING THIS STATEMENT MUST BE REPORTED IN WRITING TO THIS OFFICE WITHIN 20 DAYS.

| 11/16/2007 | Buell Realtime Reporting | Deposition Expense - Transcript Copy of Jerry Hannah deposition | 259.70 |
| 11/23/2007 | FedEx | Air Express - 11/09/07 to Jerry Hannah, Young Harris, GA | 20.49 |
| 11/23/2007 | FedEx | Air Express | 15.42 |

|  |  | Sub-total Expenses: | 359.44 |

|  | Interest Due on Past Due Balances: | 48.38 |
|  | Total Current Billing: | 15,737.82 |
|  | Previous Balance: | 21,081.87 |

|  | **Total Now Due:** | **36,819.69** |

FOR PAYMENTS BY MASTERCARD OR VISA, OR OTHER BILLING INQUIRIES, PLEASE CONTACT ACCOUNTS RECEIVABLE AT (206) 626-6000

IF YOUR BALANCE REFLECTS A TRANSFER FROM TRUST, THE TRANSFER WILL OCCUR ON THE LAST BUSINESS DAY OF THIS MONTH
UNLESS WE RECEIVE DIFFERENT INSTRUCTIONS FROM YOU
PAYMENT IS DUE UPON RECEIPT. A LATE CHARGE OF 1% PER MONTH WILL BE ADDED TO ALL DELINQUENT BALANCES
NOT PAID WITHIN 30 DAYS OF THIS INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE ADVANCE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED.
ALL DISPUTES REGARDING THIS STATEMENT MUST BE REPORTED IN WRITING TO THIS OFFICE WITHIN 20 DAYS.

# STOKES LAWRENCE, P.S.

Telephone
(206) 626-6000

A PROFESSIONAL SERVICE CORPORATION
800 Fifth Avenue, Suite 4000
Seattle, WA 98104-3179
Federal Tax ID# 91-1318835

Facsimile
(206) 464-1496

Invoice No. 87081
Invoice Date: December 14, 2007
For Services Through November 30, 2007

Jerry Hannah
Vericheck, Inc.
PO Box 241
Young Harris, GA 30582

VERICHECK Fed. TM Cl. 035
Matter No. 44516-002

| Professional Fees | | | Hours | Amount |
|---|---|---|---|---|
| 11/06/2007 | MJWS | Review Notice of Opposition and TTAB's scheduling order; e-mail conference with SMJ re same; docket all deadlines; e-mail correspondence to J. Hannah re Notice of Opposition | 0.60 | 105.00 |
| 11/12/2007 | SMJ | Review opposition proceeding and deadlines; provide instructions for request to suspend opposition proceeding pending outcome of federal court proceeding | 0.20 | 62.00 |
| 11/13/2007 | MJWS | Prepare request to suspend TTAB opposition proceedings; research re same | 0.70 | 122.50 |
| 11/14/2007 | MJWS | Revisions to Motion for Suspension of Proceedings | 0.20 | 35.00 |
| 11/28/2007 | SMJ | Review and revise request for suspension of opposition proceeding | 0.30 | 93.00 |
| 11/28/2007 | MJWS | Proof Motion for Suspension of Proceedings; e-mail correspondence to SMJ re same | 0.20 | 35.00 |
| 11/30/2007 | MJWS | Prepare Motion for Suspension of Proceeding for signature and filing; facilitate electronic filing of same with TTAB | 0.30 | 52.50 |

Sub-total Fees: 505.00

Interest Due on Past Due Balances: 8.25
Total Current Billing: 513.25
Previous Balance: 979.00

**Total Now Due:** 1,492.25

FOR PAYMENTS BY MASTERCARD OR VISA, OR OTHER BILLING INQUIRIES, PLEASE CONTACT ACCOUNTS RECEIVABLE AT (206) 626-6000

IF YOUR BALANCE REFLECTS A TRANSFER FROM TRUST, THE TRANSFER WILL OCCUR ON THE LAST BUSINESS DAY OF THIS MONTH
UNLESS WE RECEIVE DIFFERENT INSTRUCTIONS FROM YOU
PAYMENT IS DUE UPON RECEIPT. A LATE CHARGE OF 1% PER MONTH WILL BE ADDED TO ALL DELINQUENT BALANCES
NOT PAID WITHIN 30 DAYS OF THIS INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE ADVANCE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED.
ALL DISPUTES REGARDING THIS STATEMENT MUST BE REPORTED IN WRITING TO THIS OFFICE WITHIN 20 DAYS.