HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID LAHOTI, an individual, | Case No.: C06-1132JLR |
| Plaintiff/Counterclaim Defendant, | DEFENDANT'S MOTION FOR ATTORNEYS' FEES |
| v. | Note on Motion Calendar: January 11, 2008 |
| VERICHECK, INC., a Georgia corporation, | |
| Defendant/Counterclaim Plaintiff. | |

Defendant/Counterclaim Plaintiff Vericheck, Inc. respectfully moves for an award of its Attorneys' Fees, pursuant to RCW § 19.86.090 and 15 U.S.C. § 1117(a), in the amount of $71,660.00. This Motion is supported by the Declaration of Shannon M. Jost, submitted herewith, and the Invoices attached to same.

On November 6-7, 2007, this matter came before the Court for a non-jury trial. After a trial to the Court, the Court made findings of fact and conclusions of law, and found in favor of Defendant/Counterclaim Plaintiff Vericheck, Inc. on all claims. The Court gave allowance of leave for Vericheck to submit a tabulation of its attorneys' fees. Findings of Facts and Conclusions of Law Issued December 3, 2007 (Dkt. 81). The Court entered Judgment on December 3, 2007. (Dkt. 82)

DEFENDANT'S MOTION FOR ATTORNEYS' FEES - C06-1132JLR
44516-001 \ 299073.doc
-1-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

The Court determined that Vericheck is entitled to its attorneys' fees both under the Washington CPA, and because Vericheck prevailed on its trademark claims under the Lanham Act, 15 U.S.C. §§ 1125(a) and (d), and this is an "exceptional case" under 15 U.S.C. § 1117(a). (Dkt. 81 at 26)

Defendant attaches as Exhibit B to the Declaration of Shannon Jost true and correct copies of Stokes Lawrence, P.S.'s invoices to Vericheck, reflecting the Attorney's Fees incurred by Vericheck in connection with this matter. As indicated in the supporting Jost Declaration, Vericheck believes these fees to be fair and reasonable for the time incurred and the nature of this matter.

The final page of the invoices attached as Exhibit B, Invoice No. 87081, reflects attorneys' fees incurred by Vericheck as a result of the Opposition proceeding filed by Mr. Lahoti with the United States Patent and Trademark Office either on the first day of trial or on the eve of trial in this matter. The Court's decision is dispositive of the Opposition proceeding, which apparently was filed by Mr. Lahoti in a last-ditch effort to undermine Vericheck's trademark rights. Although Mr. Lahoti presented a copy of the Notice of Opposition to Vericheck's counsel and to the Court on the first day of trial, it was never marked as an exhibit. Vericheck submits that the Opposition proceeding initiated by Mr. Lahoti is so closely linked to the instant matter as to constitute part of the same proceeding for purposes of the award of attorneys' fees. In addition, as the Court has recognized, Mr. Lahoti has a pattern and practice of abusive litigation tactics, of which the Opposition proceeding is but one aspect. See Dkt. 81 at 26 (discussing factors which support the finding that this is an exceptional case).

DEFENDANT'S MOTION FOR ATTORNEYS' FEES - C06-1132JLR
44516-001 \ 299073.doc
-2-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

Vericheck respectfully requests that Defendant/Counterclaim Plaintiff be awarded the full amount of its attorneys' fees, namely, $71,660.00.

DATED this 18th day of December, 2007.

STOKES LAWRENCE, P.S.

By: _____
Shannon M. Jost (WSBA #32511)
Attorneys for Defendant VERICHECK, INC.

DEFENDANT'S MOTION FOR ATTORNEYS' FEES - C06-1132JLR
44516-001 \ 299073.doc
-3-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000