1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6    DAVID LAHOTI,

7                        Plaintiff/Counterclaim
                         Defendant,                    Case No. C06-1132JLR
8

9            v.                                        TAXATION OF COSTS

10   VERICHECK, INC.,

11                       Defendant/Counterclaim
                         Plaintiff.
12

13          Costs in the above-entitled action are hereby taxed against PLAINTIFF DAVID LAHOTI and on

14   behalf of DEFENDANT/COUNTERCLAIM PLAINTIFF in the amount of $2,553.95.

15          Dated this _____15th_____ day of JANUARY, 2008 .

16

17

18          _____

19          Bruce Rifkin

20          Clerk, U.S. District Court

21

22

23

24

25

26   TAXATION OF COSTS -- 1