HONORABLE JAMES L. ROBART

06-CV-01132-STIP

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID LAHOTI, an individual,<br><br>　　　　Plaintiff/Counterclaim<br>　　　　Defendant,<br><br>v.<br><br>VERICHECK, INC., a Georgia corporation,<br><br>　　　　Defendant/Counterclaim<br>　　　　Plaintiff. | Case No.: C06-1132JLR<br><br>[PROPOSED] ORDER |

THIS MATTER came before the Court for a non-jury trial on November 6-7, 2007. On December 3, 2007, the Court issued Findings of Fact and Conclusions of Law and entered Judgment in favor of Defendant/Counterclaim Plaintiff Vericheck, Inc. on all claims. Having considered Defendant/Counterclaim Plaintiff Vericheck's Motion for Attorneys' Fees, the submissions of the parties, the record herein, and the law, NOW THEREFORE,

The Court finds that the request for attorneys' fees submitted by Vericheck is reasonable; and

IT IS HEREBY ORDERED THAT

Defendant/Counterclaim Plaintiff's Motion for award of Attorneys' Fees is hereby GRANTED; and

IT IS FURTHER ORDERED THAT

[PROPOSED] ORDER - C06-1132JLR
44516-001 \ 299075.doc
-1-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1  Plaintiff/Counterclaim Defendant shall pay to Vericheck, Inc., within ten (10) calendar
2  days, the total amount of fees specified by Vericheck, namely, $71,660.00.

3
4  DATED this 28th day of January, 2008.

5
6
7
                                    U.S. DISTRICT JUDGE JAMES L. ROBART
8  Presented by:

9  STOKES LAWRENCE, P.S.

10

11 By: /s/ Shannon M. Jost
       Shannon M. Jost (WSBA #32511)
12 Attorneys for Defendant/Counterclaim Plaintiff
   VERICHECK, INC.

13
...
27

[PROPOSED] ORDER - C06-1132JLR
44516-001 \ 299075.doc              -2-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000