HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID LAHOTI, an individual,<br><br>    Plaintiff/Counterclaim<br>    Defendant,<br><br>v.<br><br>VERICHECK, INC., a Georgia corporation,<br><br>    Defendant/Counterclaim<br>    Plaintiff. | Case No.: C06-1132JLR<br><br>DEFENDANT'S MOTION FOR ATTORNEYS' FEES<br><br>Note on Motion Calendar:<br>February 22, 2008 |

    Defendant/Counterclaim Plaintiff Vericheck, Inc. respectfully moves for an award of its attorneys' fees, pursuant to RCW § 19.86.090 and 15 U.S.C. § 1117(a), in the amount of $3.896.00. This Motion is supported by the Declaration of Shannon M. Jost, submitted herewith, and the Invoices attached to same.

    After the Court issued Findings of Fact and Conclusions of Law and entered Judgment in favor of Defendant/Counterclaim Plaintiff Vericheck, Inc. on all claims on December 3, 2007, Plaintiff/Counterclaim Defendant David Lahoti moved to stay the Court's order pending appeal. On January 28, 2008, the Court denied Mr. Lahoti's Motion. The Court awarded Vericheck its attorneys' fees and costs in connection with the defense of the Motion for Stay, and gave allowance of leave for Vericheck to submit a tabulation of its attorneys' fees. Order Denying Motion to Stay Pending Appeal Issued January 28, 2008 (Dkt. 100). The Court referenced its

DEFENDANT'S MOTION FOR ATTORNEYS' FEES - C06-1132JLR
44516-001 \ 306886.doc             -1-

**STOKES LAWRENCE, P.S.**
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

earlier ruling in which it determined that Vericheck is entitled to its attorneys' fees both under the Washington CPA, and because Vericheck prevailed on its trademark claims under the Lanham Act, 15 U.S.C. §§ 1125(a) and (d), and this is an "exceptional case" under 15 U.S.C. § 1117(a). *Id.*, referencing Findings of Facts and Conclusions of Law Issued December 3, 2007 (Dkt. 81).

Defendant attaches as Exhibit A to the Declaration of Shannon Jost true and correct redacted copies of Stokes Lawrence, P.S.'s invoices to Vericheck, reflecting the attorneys' fees incurred by Vericheck in connection with this Motion. As indicated in the supporting Jost Declaration, Vericheck believes these fees to be fair and reasonable for the time incurred and the nature of this matter.

Vericheck respectfully requests that Defendant/Counterclaim Plaintiff be awarded the full amount of its attorneys' fees, namely, $3,896.00.

DATED this 4th day of February, 2008.

STOKES LAWRENCE, P.S.


By: /s/ Shannon M. Jost
    Shannon M. Jost (WSBA #32511)
Attorneys for Defendant VERICHECK, INC.

DEFENDANT'S MOTION FOR ATTORNEYS' FEES - C06-1132JLR
44516-001 \ 306886.doc
-2-

**STOKES LAWRENCE, P.S.**
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000