# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID LAHOTI,<br><br>                Plaintiff,<br><br>v.<br><br>VERICHECK, INC.,<br><br>                Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C06-1132JLR |

☐ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Upon remand, the court made amended findings of fact and conclusions of law.  The court found in favor of Defendant Vericheck, Inc., granted injunctive relief, and awarded statutory damages, attorneys' fees, and costs.

    Dated this 9th day of April, 2010.

                                                     BRUCE RIFKIN
                                                              Clerk

                                                     s/Mary Duett
                                                   Deputy Clerk